UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANISHA SINGH,

                    Plaintiff,

-against-

MEMORIAL SLOAN KETTERING CANCER
CENTER, SLOAN KETTERING INSTITUTE FOR
CANCER RESEARCH, DR. N.V. KISHORE
PILLARSETTY AND STEVEN M. LARSON, MD

                    Defendants.
------------------------------------------------------------------X

ORDER

17-CV-3935 (GBD)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On or before January 30, 2020, the parties shall submit their joint pretrial order to the court. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
        January 2, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE