# JONES DAY

250 VESEY STREET · NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 · FACSIMILE: +1.212.755.7306

# MEMO ENDORSED

DIRECT NUMBER: (212) 326-8386
TLCHASE@JONESDAY.COM

January 9, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20

VIA ECF

The Honorable Kevin Nathaniel Fox
U.S. Magistrate Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  Singh v. Memorial Sloan Kettering Cancer Center et al. 1:17-cv-3935 (GBD)
> (KNF)

Dear Judge Fox:

We represent all Defendants (Memorial Sloan Kettering Cancer Center, Sloan Kettering Institute for Cancer Research, Dr. N.V. Kishore Pillarsetty, and Dr. Steven M. Larson) in the above-referenced action. We write (pursuant to Paragraph 1.E of Your Honor's Individual Rules of Practice) to request that the deadline to submit the parties' joint pretrial order be extended by 60 days from January 30, 2020 (Dkt. No. 68) to March 30, 2020.

Defendants request this extension of time to permit Defendants sufficient time to confer and collaborate with an unrepresented plaintiff in preparing the joint pretrial order and other pretrial filings. If Your Honor grants this extension request then, per Paragraph VI.B of Judge Daniels's Individual Rules and Practices, the deadline to submit requests to charge, proposed voir dire questions, motions in limine and any pretrial memoranda will be extended from March 2, 2020 to April 29, 2020. This is Defendants' first request for an extension of the deadline for the submission of the parties' joint pretrial order. Plaintiff has been consulted and consents to this extension request.

Additionally, Defendant requests a conference to obtain guidance for the parties on proceeding to trial with a *pro se* plaintiff. Plaintiff also joins in the request for a conference.

A Proposed Order has been filed separately via ECF.

1/10/20.
   Applications denied. The Federal Rules
of Civil Procedure apply in all actions and proceedings
in the district courts, regardless of the pro status of any
litigant. See Fed. R. Civ. P. 1. Should the plaintiff need
assistance as she prosecutes this action, she may avail
herself of the services provided by the NYLAG Pro Se Clinic,
which is located within the courthouse at 40 Centre Street,
New York, New York. The clinic's telephone number is (212) 659-6190.
                    SO ORDERED:
                    /Kevin Nathaniel Fox, U.S.M.J.

ALKHOBAR · AMSTERDAM · ATLANTA · BEIJING · BOSTON · BRISBANE · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS
DETROIT · DUBAI · DÜSSELDORF · FRANKFURT · HONG KONG · HOUSTON · IRVINE · JEDDAH · LONDON · LOS ANGELES · MADRID
MEXICO CITY · MIAMI · MILAN · MINNEAPOLIS · MOSCOW · MUNICH · NEW YORK · PARIS · PERTH · PITTSBURGH · RIYADH
SAN DIEGO · SAN FRANCISCO · SÃO PAULO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

The Honorable Kevin N. Fox
January 9, 2020
Page 2

Very truly yours,

s/ Terri L. Chase
Terri L. Chase

cc: Manisha Singh