UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANISHA SINGH<br><br>               *Plaintiff,*<br><br>v.<br><br>MEMORIAL SLOAN KETTERING CANCER CENTER, SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH, Dr. N.V. KISHORE PILLARSETTY, Ph.D and Dr. STEVEN M. LARSON, MD<br><br>             *Defendants.* | 1:17-cv-3935-GBD-KNF<br><br>ECF Case<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR LEAVE TO SUBMIT AMENDED JOINT PRETRIAL ORDER |

The Court, having considered the Defendants' unopposed First Request for Leave to Submit Amended Joint Pretrial Order, finds good cause to grant the request for leave.

Therefore, **IT IS HEREBY ORDERED** that the request for leave is **GRANTED**, and the parties' shall:

1. Submit an amended joint pretrial order by or before February 14, 2020; and

2. Submit requests to charge, proposed voir dire questions, motions *in limine*, and any pretrial memoranda by or before March 16, 2020.

**SO ORDERED.**

Dated: FEB 0 5 2020

The Hon. George B. Daniels
United States District Judge

1