UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANISHA SINGH,
                        Plaintiff,

-against-

MEMORIAL SLOAN KETTERING
CANCER CENTER, SLOAN KETTERING
INSTITUTE OF CANCER RESEARCH,
DR. N.V. KISHORE PILLARSETTY, AND
DR. STEVEN P. LARSON,
                     Defendants.
------------------------------------------------------------X



**ORDER**

17-CV-3935 (GBD)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff pro se requested that the Court direct the defendants "to provide any copies of my medical records they have in their possession" because she "signed many HIPAA release forms" and believes that the defendants "have most of the records because they have asked questions in the depositions based on those records." Docket Entry No. 79. The defendants contend that, "[a]s directed by the releases, both parties were to receive copies of [the plaintiff's medical] records directly" from health providers and, "[a]s a courtesy," the defendants provided the plaintiff with a list of the medical records they believe are in their possession and "a copy of the records on that list that Plaintiff stated were not in her possession." Docket Entry No. 80.

       The plaintiff failed to: (a) identify any medical records she contends the defendants used during her deposition that she does not have; (b) explain the basis for believing that she did not receive all medical records from her health providers pursuant to the releases she signed; and (c) explain the basis for believing that the defendants have documents that they did not disclose and that she did not receive from her health providers. Thus, the plaintiff's request, Docket Entry No. 79, is denied.

Dated: New York, New York
            February 11, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE