UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANISHA SINGH

       Plaintiff,

   v.

MEMORIAL SLOAN KETTERING CANCER
CENTER, SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH, DR. N.V.
KISHORE PILLARSETTY, and DR. STEVEN
M. LARSON,

       Defendants.

Case No. 17-cv-3935-GBD-KNF

ECF CASE

**AMENDED JOINT PRETRIAL ORDER**

      Pursuant to the Pretrial Procedures of United States District Court Judge George B. Daniels, plaintiff *pro se* Manisha Singh ("Plaintiff" or "Ms. Singh") and defendants Memorial Sloan Kettering Cancer Center (the "Center" or "MSKCC"), Sloan Kettering Institute for Cancer Research ("SKI"), Dr. N.V. Kishore Pillarsetty ("Pillarsetty") and Dr. Steven M. Larson ("Larson") (collectively, the "Defendants"), by and through their attorneys, hereby submit this Amended Joint Pretrial Order:

**A.     FULL CAPTION OF THE ACTION**

The full caption of the action is set forth above.

**B.     TRIAL COUNSEL**

1.    *Plaintiff's Counsel*

     Not applicable; Plaintiff is *Pro Se*

     Manisha Singh
     475 Main Street, Apt. 12K
     New York, New York 10044
     Telephone:  (718) 679-7326
     *manisharaj@gmail.com*

2. *Defendants' Counsel*

Terri L. Chase
JoAnna Tonini
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone:  (212) 326-3939
Fax:  (212) 755-7306

## C.    BASIS FOR SUBJECT MATTER JURISDICTION

1.    *Plaintiff's Statement as to Basis for Subject Matter Jurisdiction*

This Court has original subject matter jurisdiction with respect to this action pursuant to 28 U.S.C. § 1332, as there exists complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.  This Court also has subject matter jurisdiction pursuant to 28 U.S.C. §1331, with federal questions involving Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*.  An express grant of federal court jurisdiction over these federal claims is found at 42 U.S.C. § 2000e-5(f)(3).

2.    *Defendants' Statement as to Basis for Subject Matter Jurisdiction*

This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Plaintff has alleged federal questions arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*.  *See also* 42 U.S.C. § 2000e-5(f)(3) ("Each United States district court . . . shall have jurisdiction of actions brought under this subchapter.").

## D.    SUMMARY OF CLAIMS AND DEFENSES

1.    *Plaintiff's Summary of Claims and Defenses*

The following of Plaintiff's claims remain to tried:  (1) unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII")

against MSKCC and SKI; (2) violation of the New York State Human Rights Law, New York Executive Law §§ 290 *et seq.* (the "NYSHRL") against all Defendants; (3) violation of the New York City Human Rights Law, Administrative Code §§ 8-107 *et seq.* (the "NYCHRL") against all Defendants, (4) intentional infliction of emotional distress ("IIED") against Defendant Pillarsetty; and (5) civil battery against Defendant Pillarsetty.

The Court previously dismissed Plaintiff's claims of: (1) defamation *per se*; (2) negligent infliction of emotional distress; (3) IIED against Defendants MSKCC, SKI, and Larson; and (4) civil battery against Defendants MSKCC, SKI, and Larson following Defendants' unopposed Motion for Partial Summary Judgment.

 2. *Defendants' Summary of Claims and Defenses*

In the Amended Complaint, Ms. Singh alleged that Defendants discriminated against her because of her gender (female), including *quid pro quo* sexual harassment by Defendant Pillarsetty, hostile work environment, and disparate treatment. Ms. Singh also alleged that Defendants retaliated against her for reporting the sexual harassment. Ms. Singh further alleged common law tort claims of civil battery, intentional infliction of emotional distress ("IIED"), and negligent infliction of emotional distress ("NIED") against all Defendants. Lastly, Ms. Singh alleged claims of defamation *per se* against Defendants Pillarsetty and Larson. Ms. Singh's discrimination and retaliation claims are based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII"), New York State Human Rights Law, New York Executive Law §§ 290 *et seq.* (the "NYSHRL"), and the New York City Human Rights Law, New York City Administrative Code §§ 8-107 *et seq.* (the "NYCHRL").

Following the close of discovery, Defendants moved for and were granted summary judgment on Plaintiff's defamation *per se* and NIED claims, and on Plaintiff's civil battery and

IIED claims as to Defendants MSKCC, SKI, and Larson.  Accordingly, the claims to be tried are discrimination and retaliation, civil battery against Defendant Pillarsetty, and IIED against Defendant Pillarsetty.

By way of background, in August 2014, Ms. Singh began working at the Center as a postdoctoral research fellow in the laboratory of Defendant Larson where she was directly supervised by Defendant Pillarsetty.  As a postdoctoral fellow, Ms. Singh was appointed to one year terms that were subject to annual reappointment.  Throughout Ms. Singh's time at the Center, she consistently failed to meet performance expectations and was chronically dependent on others for help.  Defendant Pillarsetty repeatedly and contemporaneously informed Ms. Singh of his concerns regarding her performance, both verbally and in writing.  Despite coaching and counseling, Ms. Singh's performance not only failed to improve, but deteriorated.  Ms. Singh also had attendance issues that were significant enough that she was formally warned on January 22, 2016.  Though Defendant Pillarsetty warned Ms. Singh that she might not be reappointed due to her deteriorating performance, Ms. Singh's performance deficiencies continued.

Prior to the end of Ms. Singh's second year, Defendant Pillarsetty concluded that Ms. Singh's contract should not be renewed because of her consistently substandard performance and inadequate research progress.  In or about June 2016, Defendants Pillarsetty and Larson conferred and agreed not to reappoint Ms. Singh.  In or about July 2016, the Center informed Ms. Singh that her contract would not be renewed and her employment would conclude at the end of September 2016 if she did not find an alternate position within the Center before that time.

After being informed of her termination, on or about July 7, 2016, Ms. Singh submitted a complaint to the Center, alleging that the failure to reappoint her was due to gender discrimination and retaliation.  Ms. Singh additionally claimed for the first time that Defendant

Pillarsetty, an Indian man, had been habitually abusive and unjust to her because she was an Indian woman. Ms. Singh further claimed that she had reported this abuse to Defendant Larson, and that, in retaliation, Defendant Pillarsetty sought to prevent her reappointment. The Center began a thorough, good faith investigation into the basis of the decision not to renew Ms. Singh's appointment. Meanwhile, Ms. Singh attempted to secure an alternate position at the Center and expressed interest in remaining in her current position under Defendant Pillarsetty. Ms. Singh gave no indication in her initial complaint that Defendant Pillarsetty's alleged abuse involved sexual harassment.

The Center's investigation confirmed that the decision not to reappoint Ms. Singh was made on the basis of her deficient performance and that Ms. Singh had not complained of discrimination prior to being informed of her non-reappointment. The Center informed Ms. Singh of its findings on or about August 10, 2016. On or about August 22, 2016, Ms. Singh amended her internal complaint to include, for the first time, an allegation that Defendant Pillarsetty had sexually harassed her. In response, the Center timely initiated another investigation and approved Ms. Singh for a paid leave of absence lasting until her September 30, 2016 end date, during which time she could continue her search for alternative employment with the Center or another employer. After interviewing multiple witnesses, the Center found, as with the initial investigation, no evidence to support Ms. Singh's latest allegations and again confirmed that Ms. Singh's non-renewal was appropriate. Ms. Singh's employment at the Center ended effective approximately the third week in October 2016. Ms. Singh claims that the decision not to her renew her appointment with the Center was discriminatory and retaliatory.

Defendants will assert the following defenses against Ms. Singh's discrimination, retaliation, civil battery, and IIED claims at trial. First, Defendant Pillarsetty vigorously denies

the allegations and has no history of any such complaints being made against him. Second, Defendants will demonstrate that Ms. Singh was not subject to discriminatory or hostile conditions at work. Beyond Ms. Singh's own assertions, nothing in the factual record supports the conclusion that she was judged or treated differently because of her gender. Third, Defendants will argue that they had a legitimate, non-discriminatory and non-retaliatory reason for not renewing Plaintiff's appointment, which was not a pretext for retaliation. The record supports Defendants' position that Ms. Singh's appointment was not renewed solely because of her consistent failure to meet applicable scientific and professional standards, which are supported by contemporaneous written and verbal warnings.

### E.  TRIAL BY JURY

All parties agree that the case will be tried with a jury. Plaintiff anticipates 3 trial days for her case-in-chief. Defendants anticipate 5 trial days for their case-in-chief. The parties request 10 jurors. Plaintiff requests a majority vote, and Defendants request that the jury vote be unanimous, therefore, pursuant to Fed. R. Civ. P. 48(b), the vote must be unanimous.

### F.  TRIAL BEFORE A MAGISTRATE

All parties do not consent to trial before the designated magistrate judge.

### G.  STIPULATIONS OR AGREED STATEMENTS OF FACT OR LAW

1.  Plaintiff, Manisha Singh, is a woman of Indian citizenship.

2.  Defendant, Memorial Sloan Kettering Cancer Care Center (the "Center" or "MSKCC"), is a not-for-profit corporation that employs more than 10,000 employees.

3.  Defendant, Sloan Kettering Institute for Cancer Research ("SKI"), is the experimental research arm of the Center.

4.     Defendant, N.V. Kishore Pillarsetty, is an employee of the Center and holds the position of Associate Attending Radiochemist.

5.     Defendant, Steven M. Larson, is an employee of the Center and holds the positions of Member and Lab Head in the Molecular Pharmacology Program, the Donna and Benjamin M. Rosen Chair in Radiology, and Attending in Molecular Imaging and Therapy Service, Department of Radiology.

6.     Plaintiff has not alleged that any person other than Defendant Pillarsetty harassed her, propositioned her, assaulted her, or touched her against her will.

**H.     WITNESSES**[1]

1.     *Plaintiff's Witness List*

| Order | Witness | Mode of Testimony | Summary of Testimony & Relevance to Issues on Trial |
|---|---|---|---|
| 1 | Manisha Singh | In person | Dr. Manisha Singh worked under Dr. Pillarsetty throughout her employment at the Center.  She will testify to her sexual harassment and discrimination working at MSKCC. She will also testify how the center has handled the situation unethically and unlawfully.  Dr. Singh's testimony is relevant to establish that Plaintiff was subject to discriminatory or hostile work conditions or unwanted physical contact, to demonstrate the Center's inappropriate, inadequate, investigation to bury the real reason in front of the law. |
| 2 | Meta lackland | In person | Ms. Lackland is a longtime coworker and friend of Dr. Singh. She knows Dr. Singh since 2006. She will testify in person about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. She has been the great support system for Dr. Singh to look for the proper solution which didn't up as expected. She knows every part of Dr. |

---

[1] The parties reserve their rights to move *in limine* to exclude witnesses in the event that they cannot amicably resolve any disputes concerning proposed testimony.  As the purpose of the parties' Amended Joint Pretrial Order is solely to correct certain issues with—and conform Defendants' objections to—Plaintiff's exhibit list (Dkt. No. 75), Defendants additionally reserve their rights to move *in limine* to exclude any witnesses who are not listed in the parties' Joint Pretrial Order filed on January 30, 2020.  (Dkt. No. 74.)

| | | | Singh's life and personality. She will also testify the effect of this experience on Dr. Singh's well-being and social life. |
|---|---|---|---|
| 3 | Honor Finnegan | In person | Ms. Finnegan is a meditation trainer. She trained Dr. Singh for meditation practice during her difficult time at MSKCC. She will testify in person about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. She will also testify the effect of this experience on Dr. Singh's well-being and social life. She will testify the effect of this experience on Dr. Singh's parents and other family members. |
| 4 | Michelle Hassine | In Person | Ms. Hassine is Economist at the Monetary Fund (IMF). She will testify about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. She will also testify the effect of this experience on Dr. Singh's parents and other family members. |
| 5 | Rani Shukla | In person | Ms. Shukla is a longtime childhood friend of Dr. Singh. She will testify in person about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. |
| 6 | Charles Anflick | In person | Mr. Anflick is Mental health professional. He treated Dr. Singh in 2017. He will testify about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. He will also testify the effect of incidents on Dr. Singh. Dr. Singh's emotional, mental and physical health was affected by the experience at MSKCC. |
| 7 | Pooja Raj | In person | Ms. Raj is a mental health professional who works at a women's organization. She will testify the effect of incidents on Dr. Singh. She will testify about trauma, mental and physical health issues faced by Dr.Singh |
| 8 | Anusha Goossens | In person | Ms. Goossens works at a women's organization. She has been in touch with Dr. Singh since mid-2016. She will testify the effect of incidents on Dr. Singh's emotional, mental and physical health. She will also testify the complexity of problems Dr. Singh is facing because of MSKCC's reckless handling of the situation. She will testify in detail the results onward on Dr. Singh's immigration |

| | | | status and problems with finding another job and her experience in the courthouse. |
|---|---|---|---|
| 9 | Dr. Chloe Goldstein | In person/ deposition | Goldstein is a mental health professional. She has treated Dr. Singh since 2017. She will testify about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center.  She will also testify the effect of trauma on emotional, mental and physical health. |
| 10 | Dmitry Zuykov | In Person | Mr. Zuykoy is a computer professional. He will testify about her conversations with Dr. Singh about the sexual harassment and hostile work environment  Dr. Singh was experiencing at the Center. He will also testify the effect of this experience on Dr. Singh's social life. |
| 11 | Dr. Rachel Ciporen | In Person | Dr. Ciporen is Executive Coach and Consultant She will testify about her conversations with Dr. Singh about the sexual harassment and hostile work environment Dr. Singh was experiencing at the Center. She will also testify the effect of this experience on Dr. Singh's health, personal life, and social life. |
| 12 | Shalu Sharma | In person | Dr. Sharma was a post-doctoral fellow at Albert Einstein College of medicine. Dr. Sharma was a coworker and they had a joint project together during Ph.D. Dr. Sharma and Dr. Singh have been in good professional bonding.  She can testify Dr. Singh Ph.D. work performance at AECOM. She will testify about her conversations with Dr. Singh regarding the sexual harassment Dr. Singh was experiencing at MSKCC. |
| 13 | Robert Perry | In Person | Mr. Perry is a trained meditation teacher. He will testify about her conversations with Dr. Singh about the sexual harassment and hostile work environment at the Center. He will also testify the effect of this experience on Dr. Singh's health, personal, social life. |
| 14 | Dr. Rajendra Kumar Singh | In person/ letter | Dr. R.K. Singh is Dr. Singh's brother in law. He is Professor in the Physics department at an Indian University. He will testify about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. He will also testify the effect of this experience on Dr. Singh's parents and other family members. |
| 15 | Dr. Steven A. | In Person/ | Dr. Porcelli is Chair of the Department of |

| | | | |
|---|---|---|---|
| | Porcelli | Letter | Microbiology & Immunology at AECOM. He was co-mentor and collaboration in Dr. Singh's Ph.D. program. He will provide the information about Dr. Singh's performance and funding issues during the Ph.D. program at AECOM. He will also provide limited MSKCC experience Dr. Singh was facing. |
| 16 | Dr. Paul Mohan | In Person/ Letter | Dr. Paul was a coworker. He will provide the information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. |
| 17 | Dr. David Matthes | In Person/ Letter | Dr. Matthes was an associate professor at SJSU. He mentored Dr. Singh during her Master's program at SJSU. He will provide information regarding Dr. Singh's performance and academic potential. He has seen Dr. Singh's integrity and strength in her life challenges. He will also provide Dr. Singh's experience at MSKCC. |
| 18 | Dr. John Muschler | In Person/ Letter | Dr. Muschler was a Scientist at CPMC. He mentored Dr. Singh during her work at CPMC. He will provide information regarding Dr. Singh's performance and academic potential. Dr. Singh's had 5 publications under his supervision in 3 years of work. He will also provide Dr. Singh's experience at MSKCC. |
| 19 | Elyssa Hantov | In person | Ms. Hantov is Mental health professional. She treated Dr. Singh in 2016. She will testify about her conversations with Dr. Singh about the sexual harassment Dr. Singh was experiencing throughout her employment at the Center. She will also testify the effect of incidents on Dr. Singh. Dr. Singh's emotional, mental and physical health was affected by the experience at MSKCC. |
| 20 | Dr. Vikrant Upadhyay | In Person/ Letter | Dr. Upadhyay was a postdoc at Weill Cornell. He will provide the information about conversation and experiences of sexual harassment and hostile work environment Dr. Singh was facing during her time at MSKCC. |
| 21 | Richa Chitranshi | Letter | Ms. Chitranshi is a high school teacher in India. She is Dr. Singh's childhood school friend. She will provide the information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. |
| 22 | Dheeraj M Tandon | In Person | Mr. Tandon is working as the CEO of a company. He has been connected with Dr. Singh due to a Meditation practice. He will provide the |

| | | | information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. He will also testify the effect of this terrific experience on Dr. Singh's social life, mental health and on her family. |
|---|---|---|---|
| 23 | Subramanyam Krishna Chintalapalli | In Person | Mr. Chintalapalli is working as a Financial Analyst in a financial company. He will provide the information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. He will also testify the effect of this terrific experience on Dr. Singh's social life and mental health. He has been witnessed Dr. Singh's ER visits and contacted by the hospitals as a contact person. He has visited Dr. Singh during her hospital visits. |
| 24 | Kunal Shah | In Person | Mr. Shah is working as a Managing Director in a financial company. He will provide the information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. He will also testify the effect of this terrific experience on Dr. Singh's social life and mental health. He has been witnessed Dr. Singh's ER visits and contacted by the hospitals as a contact person. |
| 25 | Chantal Broaddus | In Person | Ms. Broaddus is working as a yoga trainer.. She will provide the information about conversation and experiences of sexual harassment Dr. Singh was facing during her time at MSKCC. She will also testify the effect of this terrific experience on Dr. Singh's social life and mental health. |
| 26 | Joshua Pollock | In Person | Mr. Pollock is a meditation trainer. He will provide the information about conversation and experiences of sexual harassment and hostile work environment. He will also testify the effect of this terrific experience on Dr. Singh's social life and mental health. |

2.    *Defendants' Witness List*

| Order | Witness | Mode of Testimony | Summary of Testimony & Relevance to Issues on Trial |
|---|---|---|---|
| 1 | Nagavara-Kishore Pillarsetty | In person | Defendant Dr. Pillarsetty directed and supervised Plaintiff's work throughout her employment at the Center, participated in the decision to terminate Plaintiff's employment, and participated in the |

| | | | |
|---|---|---|---|
| | | | Center's investigation of her complaints. He will testify to Plaintiff's performance deficiencies, to the Center's legitimate non-retaliatory and non-discriminatory reason for terminating Plaintiff, and to the Center's reasonable, good faith investigation of Plaintiff's complaints. He will also testify to his own non-discriminatory and non-harassing treatment of Plaintiff. Dr. Pillarsetty's testimony is relevant to establish that Plaintiff was not subject to discriminatory or hostile work conditions or unwanted physical contact, to demonstrate the Center's appropriate, adequate, and good-faith investigation of and response to Plaintiff's complaints, and Defendants' legitimate non-retaliatory and non-discriminatory reason for termination. |
| 2 | Steven M. Larson | In person | Defendant Dr. Larson was head of the Steven Larson Lab, where Plaintiff worked throughout her employment at the Center. Dr. Larson monitored Plaintiff's job performance, observed interactions between Plaintiff and Defendant Pillarsetty, observed interactions between Defendant Pillarsetty and other colleagues, coauthored work with Plaintiff, participated in the decision to terminate Plaintiff's employment, received complaints from Plaintiff, and participated in the Center's investigation of Plaintiff's complaints. Dr. Larson will testify to Plaintiff's performance deficiencies, to Defendant Pillarsetty's non-discriminatory and non-harassing treatment of Plaintiff, to the substance of Plaintiff's complaints to him and his response to those complaints, to the Center's legitimate non-retaliatory and non-discriminatory reason for terminating Plaintiff, to the Center's investigation of Plaintiff's complaints, and to the Center's fair attribution of authorial credit to Plaintiff. Dr. Larson's testimony is relevant to demonstrate the Center's appropriate, adequate, and good faith investigation of Plaintiff's complaints, to demonstrate that Plaintiff was not subject to discriminatory or hostile work conditions, to demonstrate Defendants' legitimate nondiscriminatory reason for termination, and to demonstrate the absence of retaliatory animus against Plaintiff. |
| 3 | Ushma Neill | In person | Dr. Neill was Vice President of Scientific Education and Training at the Center during Plaintiff's |

| | | | employment. Dr. Neill received complaints and concerns from Plaintiff. Dr. Neill will testify to the substance of Plaintiff's complaints to her and of her response to those complaints. Dr. Neill's testimony is relevant to demonstrate the Center's appropriate, adequate, and good faith response to Plaintiff's complaints and to demonstrate the absence of retaliatory animus against Plaintiff. |
|---|---|---|---|
| 4 | April Due | In person | Ms. Due was Assistant to Defendant Dr. Larson during Plaintiff's employment at the Center. Ms. Due observed interactions between Plaintiff and Defendant Pillarsetty and arranged meetings between Plaintiff and Defendant Larson. Ms. Due will testify to the substance of Plaintiff's complaints and to Defendant Pillarsetty's non-discriminatory and non-harassing treatment of Plaintiff. Ms. Due's testimony is relevant to demonstrate the Center's appropriate, adequate, and good faith response to Plaintiff's complaints and to demonstrate that Plaintiff was not subject to discriminatory or hostile conditions at work. |
| 5 | Thomas Magaldi | In person | Mr. Magaldi was Manager of the Center's Office of Career and Professional Development during Plaintiff's employment at the Center. Mr. Magaldi received complaints and concerns from Plaintiff. Mr. Magaldi will testify to the substance of Plaintiff's complaints to him and his response. Mr. Magaldi's testimony is relevant to demonstrate the Center's appropriate, adequate and good faith response to Plaintiff's complaints and to demonstrate the absence of retaliatory animus against Plaintiff. |
| 6 | Roselinda Herard Severin | In person | Ms. Severin was the Manager of Departmental Funds of the Center's Radiology Research Labs during Plaintiff's employment. Ms. Severin was involved in addressing Plaintiff's pattern of unauthorized absences, observed interactions between Plaintiff and Defendant Pillarsetty, was contemporaneously informed of the decision to terminate Plaintiff's employment and participated in communicating that decision to Plaintiff. Ms. Severin will testify to the Plaintiff's performance deficiencies, to Defendant Pillarsetty's non-discriminatory and non-harassing treatment of Plaintiff, and to Defendants'' reason for terminating Plaintiff. Ms. Severin's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for |

| | | | termination and to demonstrate that Plaintiff was not subject to discriminatory or hostile conditions at work. |
|---|---|---|---|
| 7 | Maria Fernandez | In person | Ms. Fernandez was a Human Resources Business Partner at the Center during Plaintiff's employment. Ms. Fernandez investigated Plaintiff's complaints on behalf of the Center. Ms. Fernandez will testify to the substance of Plaintiffs complaints and to the method and conclusions of her investigations into those complaints. Ms. Fernandez' testimony is relevant to demonstrate the Center's appropriate, adequate and good faith investigation of Plaintiff's complaints and to demonstrate the absence of retaliatory animus against Plaintiff. |
| 8 | Darren Veach | In person | Dr. Veach worked in Defendant Larson's lab during Plaintiff's employment at the Center. Dr. Veach interacted extensively with Plaintiff and frequently discussed with Plaintiff her interpersonal and scientific difficulties at work, observed interactions between Plaintiff and Defendant Pillarsetty, and observed interactions between Defendant Pillarsetty and other colleagues. Dr. Veach will testify to Plaintiff's performance deficiencies, to Plaintiff's deficient interpersonal skills, to Plaintiff's distorted perception of interactions with others, to Defendant Pillarsetty's non-discriminatory and non-harassing treatment of Plaintiff and other colleagues, to Plaintiff's failure to report complaints regarding sexual harassment or gender discrimination, and to the decline in Plaintiff's physical and mental health following a bout of dengue fever. Dr. Veach's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for termination, to demonstrate that Plaintiff was not subject to discriminatory or hostile conditions at work, and to demonstrate the existence of alternative causes of the mental and emotional harms Plaintiff has allegedly experienced. |
| 9 | Philip Watson | In person | Dr. Watson worked as a researcher at the Center during Plaintiff's employment. Dr. Watson observed Plaintiff's work performance, counseled Plaintiff on her work and shared his views on Plaintiff's work with Dr. Steven Larson. Dr. Watson will testify to Plaintiff's performance deficiencies, to her unethical use of data, and to the concerns he expressed to Dr. Larson regarding Plaintiff's performance. Dr. |

| | | | Watson's testimony is relevant to demonstrate Defendants' legitimate, nondiscriminatory and non-retaliatory reason for termination. |
|----|------------------------|-----------|---|
| 10 | Stuart B. Kleinman | In person | Dr. Kleinman conducted a forensic psychiatric evaluation of Plaintiff. Dr. Kleinman discussed extensively with Plaintiff her psychiatric history, alleged traumas, and perceptions of Defendant Pillarsetty and Defendant MSKCC. Dr. Kleinman's testimony is relevant to demonstrate that the alleged discrimination which Plaintiff reported did not produce the associated psychiatric disorder Plaintiff claims to have. |
| 11 | Sarah Cheal | In person | Dr. Cheal worked in the Larson Lab during Plaintiff's employment. Dr. Cheal extensively interacted with Plaintiff, coauthored work with Plaintiff, observed Plaintiff's performance, and discussed with Plaintiff her interpersonal and scientific challenges at work. Dr. Cheal also observed interactions between Plaintiff and Defendant Pillarsetty and between Defendant Pillarsetty and other colleagues. Dr. Cheal will testify to Defendant Pillarsetty's non-discriminatory and non-harassing treatment of Plaintiff and other colleagues, to Plaintiff's performance deficiencies, to the substance of Plaintiff's complaints regarding work, and to the Center's equitable attribution of authorship credit to Plaintiff. Dr. Cheal's testimony is relevant to demonstrate that Plaintiff was not subject to discriminatory or hostile conditions at work, to demonstrate the absence of retaliatory animus toward Plaintiff, and to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for termination. |
| 12 | Alexander Bolaender | In person | Dr. Bolaender worked as a Research Scholar at the Center in the Gabriela Chiosis Lab during Plaintiff's employment. Dr. Bolaender interacted extensively with Plaintiff and frequently discussed with Plaintiff her interpersonal and scientific difficulties at work, observed interactions between Plaintiff and Defendant Pillarsetty, and observed interactions between Defendant Pillarsetty and other colleagues. Dr. Bolaender will testify to Plaintiff's performance deficiencies, to Plaintiff's deficient interpersonal skills, and to Plaintiff's distorted perception of interactions with others. |
| 13 | Ryan Lemanski | In person | Mr. Lemanski worked at the Center as Assistant to |

| | | | Ms. Maria Fernandez during Plaintiff's employment at the Center. Mr. Lemanski had contemporaneous information regarding Ms. Fernandez' investigation into complaints made by Plaintiff. Mr. Lemanski will testify as to the substance of Plaintiff's complaints and to the method and conclusions of Ms. Fernandez' investigations into those complaints. Mr. Lemanski's testimony is relevant to demonstrate the Center's appropriate, adequate and good faith investigation of Plaintiff's complaints, and to demonstrate the absence of retaliatory animus against Plaintiff. |
|---|---|---|---|
| 14 | Amy Rampoldt | In person | Ms. Rampoldt worked at the Center as Vice President, Human Resources Business Partners during Plaintiff's employment at the Center. Ms. Rampoldt was contemporaneously informed of complaints made by Plaintiff, of the Center's investigation into those complaints, and of the decision to terminate Plaintiff. Ms. Rampoldt will testify to the Center's legitimate, non-retaliatory and non-discriminatory reasons for termination. Ms. Rampoldt's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for termination. |
| 15 | Cindi Thaw | In person | Ms. Thaw worked at the Center as a Human Resources Business Partner during Plaintiff's employment. Ms. Thaw was contemporaneously informed of complaints made by Plaintiff, of the Center's investigation into those complaints, and of the decision to terminate Plaintiff. Ms. Thaw will testify to the Center's legitimate, non-retaliatory and non-discriminatory reasons for termination. Ms. Thaw's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for termination. |
| 16 | Hilda Figueroa | In person | Dr. Figueroa worked at the Center as Administrator, Academic Administration during Plaintiff's employment at the Center. Dr. Figueroa was contemporaneously informed of complaints made by Plaintiff, of the Center's investigation into those complaints, and of the decision to terminate Plaintiff. Dr. Figueroa will testify to the Center's legitimate, non-retaliatory and non-discriminatory reasons for termination. Dr. Figueroa's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for |

| | | | |
|---|---|---|---|
| | | | termination. |
| 17 | Teja Kalidindi | In person | Mr. Kalidindi worked in Defendant Larson's lab during Plaintiff's time at the Center and was supervised by Defendant Pillarsetty. Mr. Kalidindi observed Plaintiff's work performance and Defendant Pillarsetty's treatment of Plaintiff and other persons under his supervision and had general knowledge of Defendant Pillarsetty's practices as a supervisor. |
| 18 | Kishore Gangangari | In person | Mr. Gangangari worked in Defendant Larson's lab during Plaintiff's time at the Center and was supervised by Defendant Pillarsetty. Mr. Gangangari observed Plaintiff's work performance and Defendant Pillarsetty's treatment of Plaintiff and other persons under his supervision and had general knowledge of Defendant Pillarsetty's practices as a supervisor. |
| 19 | Mitesh Patel | In person | Mr. Patel worked in Defendant Larson's lab during Plaintiff's time at the Center. Mr. Patel observed Plaintiff's work performance and Defendant Pillarsetty's treatment of Plaintiff and other persons under his supervision and had general knowledge of Defendant Pillarsetty's practices as a supervisor. |
| 20 | Rekha Soni | In person | Ms. Soni worked at the Center in Raju Chaganti Lab during Plaintiff's employment at the Center . In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Ms. Soni had knowledge of interactions between Plaintiff and Defendant Pillarsetty. |
| 21 | Mayur Gadiya | In person | Ms. Gadiya worked at the Center during Plaintiff's employment at the Center. In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Ms. Gadiya had knowledge of interactions between Plaintiff and Defendant Pillarsetty. |
| 22 | Valerie Longo | In person | Ms. Longo worked in Defendant Larson's lab during Plaintiff's employment at the Center. In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Ms. Longo had knowledge of interactions between Plaintiff and Defendant Pillarsetty. |
| 23 | Susanne Kossatz | In person | Dr. Kossatz worked at the Center in the Thomas Reiner Lab during Plaintiff's employment at the Center. In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Dr. Kossatz had knowledge of |

| | | | interactions between Plaintiff and Defendant Pillarsetty. |
|---|---|---|---|
| 24 | Brandon Nemieboka | In person | Dr. Nemieboka worked at the Center in the Jason Lewis Lab during Plaintiff's employment at the Center. In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Dr. Nemieboka had knowledge of interactions between Plaintiff and Defendant Pillarsetty. |
| 25 | Sai Kiran Sharma | In person | Ms. Sharma worked at the Center in the Jason Lewis Lab during Plaintiff's employment at the Center. In an email dated September 9, 2018 (MS_0000439), Plaintiff alleged to Ms. Maria Fernandez that Ms. Sharma had knowledge of interactions between Plaintiff and Defendant Pillarsetty. |
| 26 | Claudia Gravekamp | In person | Dr. Gravekamp supervised Plaintiff at the Albert Einstein College of Medicine and had direct interactions with Plaintiff. Dr. Gravekamp will testify to Plaintiff's preexisting mental and emotional problems, to her deficient scientific skills and knowledge, to her deficient interpersonal skills, and to her distorted view of interactions with others. Dr. Gravekamp's testimony is relevant to demonstrate Defendants' legitimate, non-discriminatory and non-retaliatory reason for termination and to demonstrate the existence of alternative causes of the mental and emotional harms Plaintiff has allegedly experienced. |

## I. DEPOSITION TESTIMONY

Defendants will use deposition transcripts for cross-examination and impeachment purposes only. Plaintiff has designated certain pages from Dr. Chloe Goldstein's ("Dr. Goldstein") deposition transcript as an exhibit (*see* P. Ex. 5) in her case-in-chief. Defendants object to Plaintiff's use of Dr. Goldstein's deposition transcript in her case-in-chief as Plaintiff has not shown that Dr. Goldstein is an unavailable witness under Rule 32(a)(4) of the Federal Rules of Civil Procedure. Defendants additionally object on the basis of unfair prejudice and hearsay under Rules 403 and 802, respectively, of the Federal Rules of Evidence.

## J.    EXHIBITS

1.    *Exhibits to be Offered by Plaintiff*

| P. Ex. | Description | Objection(s) |
|---|---|---|
| 1 | LOR by Dr. J. Muscher for MSKCC<br>SINGH_000800-3 | |
| 2 | LOR by Dr. D. Matthes<br>SINGH_000804-5 | |
| 3 | LOR by Dr. C. Gravekamp<br>SINGH_000806-7 | |
| 4 | LOR by Dr. S. Porcelli for MSKCC<br>SINGH_000808-9 | |
| 5 | Dr. Chloe Goldstein Deposition Transcript  (Pages 81-87) | * |
| 6 | Email chain Dr. Larson with attachment  [MS_0000001-15] | ** |
| 7 | Email chain KP with attachment  EGFR [MS_0000016-42] | ** |
| 8 | Email chain KP with attachment-PSMA  [MS_0000043-55] | ** |
| 9 | Email chain April Due with attach  [MS_0000056-62] | ** |
| 10 | Email chain KP with attachment-EGFR progress  [MS_0000063-72] | ** |
| 11 | Email chain KP -PC3-PIP (PSMA) [MS_0000073-77] | ** |
| 12 | Email chain KP<br>[MS_0000078-80] | ** |
| 13 | Email chain Roselinda  [MS_0000081-83] | ** |
| 14 | HR Manual  MSKCC<br>[MS_0000084-372] | ** |
| 15 | Email chain Roselinda  [MS_0000404] | ** |
| 16 | Email chain KP, Teja, MS_PSMA<br>[MS_0000405-409] | * |
| 17 | Mentorship  KP and MS<br>[MS_0000475] | ** |
| 18 | Email chain KP, MS_EGFR<br>[MS_0000410] | ** |
| 19 | Email chain Maria F, MS [MS_0000411-412] | ** |
| 20 | Email chain Larson, MS_<br>[MS_0000413] | ** |
| 21 | Email chain Larson, KP_<br>[MS_0000476] | ** |
| 22 | Email chain Maria F, MS_<br>[MS_0000414] | |
| 23 | Email chain KP, MS<br>[MS_0000417-419] | ** |
| 24 | Email chain Larson, MS<br>[MS_0000420] | ** |
| 25 | Email chain Lab KP, MS, Teja<br>[MS_0000423-426] | * |

| | | |
|---|---|---|
| 26 | Email chain Jose, MS-Visa<br>[MS_0000427-438] | * |
| 27 | Email chain Maria, MS-<br>[MS_0000444-448] | * |
| 28 | Employee agreement<br>[MS_0000477-556] | ** |
| 29 | Investigation  Maria, MS<br>[MS_0000559-562] | * |
| 30 | Email chain Maria, MS-<br>[MS_0000563-591] | |
| 31 | Email chain KP, MS-<br>[MS_0000592] | |
| 32 | Email chain April Due, MS<br>[MS_0000602-603] | ** |
| 33 | Email chain Larson, KP<br>[MS_0000604] | ** |
| 34 | Email chain Roselinda, KP,Hilda<br>[MS_0000609-610] | ** |
| 35 | Termination documents MS<br>[MS_0000630-709] | * |
| 36 | Email/ AECOM Dr. C Gravekamp<br>MS_0002755-MS_0002801 | * |
| 37 | Email chain Dr. C Gravekamp<br>MS_0002842-MS_0002870 | |
| 38 | Email chain Larson, A Due, S Cheal<br>MS_0000990-MS_0000995 | * |
| 39 | Email chain A Due, Roselinda, Maria<br>MS_0000998-MS_0000999 | ** |
| 40 | Email chain A Due, Larson, KP, Mary<br>MS_0001002-MS_0001007 | * |
| 41 | Email chain A Due, Alba<br>MS_0001008-MS_0001010 | |
| 42 | Email chain A Due, Lab meeting<br>MS_0001011-MS_0001012 | ** |
| 43 | Email chain A Due, Roselinda<br>MS_0001013-MS_0001014 | ** |
| 44 | Email chain A Due, Larson, MS, Maria, Roselinda<br>MS_0001015-MS_0001025 | * |
| 45 | Email chain A Due, MS<br>MS_0001026 -MS_0001027 | ** |
| 46 | Email chain A Due, Elsie<br>MS_0001028 -MS_0001031 | * |
| 47 | Email chain A Due, Roselinda, KP<br>MS_0001032 -MS_0001037 | * |
| 48 | Email chain A Due, Larson, MS<br>MS_0001038 -MS_0001041 | * |

| | | |
|---|---|---|
| 49 | Email chain A Due, Josh, Maria F<br>MS_0001042 -MS_0001053 | |
| 50 | Email chain A Due, Josh, Maria F<br>MS_0001042 -MS_0001050 | |
| 51 | Email chain Dr. Larson, April Due MS_0001051- MS_0001059 | * |
| 52 | Email chain April D, MS, Meeting SL  MS_0001060- MS_0001062 | |
| 53 | Email chain April D, Lab  Meeting SL  MS_0001063- MS_0001068 | |
| 54 | Email chain April D, MS, Meeting SL  MS_0001069 | ** |
| 55 | Email chain Dr. Larson, April Due MS_0001070 - MS_0001072 | * |
| 56 | Email chain Dr. Larson, April Due MS_0001073 - MS_0001076 | * |
| 57 | Email chain Dr. Larson, April Due MS_0001077 - MS_0001088 | * |
| 58 | Email chain Dr. Larson, April Due MS_0001089- MS_0001103 | * |
| 59 | Email chain KP , April Due MS_0001104- MS_0001117 | * |
| 60 | Email chain April D, Larson, MS MS_0001118 | ** |
| 61 | Email chain Dr. Larson, April Due MS_0001119- MS_0001135 | * |
| 62 | Email chain Dr. Larson, April Due MS_0001141_ MS_0001146 | |
| 63 | Email chain April D--Lab MS_0001177- MS_0001187 | * |
| 64 | Email chain April D--Lab MS_0001200- MS_0001203 | * |
| 65 | Email chain Sarah C, S Larson MS_0001219/ MS_0001236 | |
| 66 | Email chain Dr. Larson, Ms Due ,KP MS_0001237- MS_0001272 | * |
| 67 | Email chain Dr. Larson, Ms Due ,KP MS_0001273- MS_0001272 | * |
| 68 | Email chain Dr. Larson, Mount Sinai MS_0001275- MS_0001283 | * |
| 69 | Email chain Larson, Sarah C, Leah  MS_0001284- MS_0001491 | * |
| 70 | Email chain MS, Aprils D ,KP MS_0001492- MS_0001733 | |
| 71 | Biosketch  Dr. Larson, KP ,<br>Email Maria F, KP<br>MS_0001734- MS_0002283 | |
| 72 | Email chain Dr. Larson, Ms Due ,KP MS_0002301- MS_0002349 | |
| 73 | Email chain Dr. Larson, Ms Due ,KP MS_0002367- MS_0002412 | |
| 74 | Email chain Dr. Larson, Ms Due ,KP MS_0002424- MS_0002451/<br>MS_0002418 | * |
| 75 | Email chain Dr. Larson, Ms Due ,KP MS_0002462- MS_0002482 | |
| 76 | Email chain Dr. Larson, Ms Due ,KP MS_0002491- MS_0003795 | * |
| 77 | Email chain Dr. Larson, Ms Due ,KP MS_0003883- MS_0004295 | * |
| 78 | Report Dr. Kleinman<br>MS_0004253- MS_0004156 | |
| 79 | MSKCC data and polices MS_0000002- MS_0000373 | |
| 80 | MSKCC polices  and emails MS_0000374- MS_0000624 | |
| 81 | MSKCC polices  and emails MS_0000625 | * |
| 82 | Dr. KP LOR<br>MS_0004157- MS_0004166 | ** |
| 83 | Text<br>MS_0004167- MS_0004168 | * |
| 84 | Email chain April due, Dr. Larson<br>MS_0001008- MS_0001010 | * |

| | | |
|---|---|---|
| 85 | Email Chain 7/ 6/ 2016-10/2016<br>MS_0001013- MS_0001055 | * |
| 86 | Email Chain 6/30/16<br>MS_0001056- MS_0001062 | |
| 87 | Email chain April due, Dr. Larson<br>MS_0001069- MS_0001076 | * |
| 88 | Email chain April due, Dr. Larson<br>MS_0001102- MS_0001103 | |
| 89 | Email chain April due, Dr. Larson<br>MS_0001118 | |
| 90 | Email chain April due, Dr. Larson<br>MS_0001132- MS_0001135 | |
| 91 | Email chain April due, Dr. Larson<br>MS_0001145- MS_0001146 | * |
| 92 | Email chain April due, Dr. Larson<br>MS_0001145- MS_0001146 | |
| 93 | Email chain April due, Dr. Larson<br>MS_0001177- MS_0001179 | |
| 94 | Email chain April due, Roselinda<br>MS_0001508- MS_0001511 | |
| 95 | Email chain April due, Roselinda<br>MS_0001513- MS_0001607 | |
| 96 | Email chain April due, Roselinda<br>MS_0001608- MS_0001611 | |
| 97 | Email chain April due, Roselinda<br>MS_0001612- MS_0001635 | * |
| 98 | Email chain April due, Roselinda<br>MS_0001641- MS_0001645 | * |
| 99 | Email chain Roselinda CMR<br>MS_0001646- MS_0001671 | * |
| 100 | Email chain Roselinda CMR<br>MS_0001713- MS_0001723 | * |
| 101 | Email chain Roselinda CMR<br>MS_0001752- MS_0001761 | * |
| 102 | Email chain Roselinda CMR<br>MS_0001774- MS_0001808 | |
| 103 | Email chain Roselinda CMR<br>MS_0001823 | |
| 104 | Email chain Roselinda<br>MS_0001838- MS_0002283 | |
| 105 | Email chain  MS, KP,<br>MS_0002301-MS_0002349/ MS_0002367 --MS_0002412/<br>MS_0002418-MS_0002419/<br>MS_0002424-MS_0002436/<br>MS_0002437-MS_0002447/<br>MS_0002448-MS_0002451/ | * |

|     |                                                                                                  |     |
|-----|--------------------------------------------------------------------------------------------------|-----|
|     | MS_0002463-MS_0002468/<br>MS_0002476- MS_0002482/<br>MS_0002491- MS_0002640/<br>MS_0002641-MS_0004156 |     |
| 106 | Gautam /KP<br>MS_0002504-2506                                                                     | *   |
| 107 | Email Chain Dr. KP<br>MS_0005725-MS_0005756                                                       |     |
| 108 | LOR<br>MS_0004157-MS_0004166<br>MS_0005788-MS_0005820                                             |     |
| 109 | HR Documents<br>MS_0004157—MS_0004252                                                             |     |
| 110 | Dr. Larson letter<br>SINGH_0000007-SINGH_0000009                                                  | *   |
| 111 | Email Chain KP and MS<br>SINGH_0000010-SINGH_0000012                                              |     |
| 112 | Email Chain  Dr. Chaudhary and MS<br>SINGH_0000014-SINGH_0000032                                  | **  |
| 113 | Email Chain  Gregory D. and MS<br>SINGH_0000033-SINGH_0000036                                     | *   |
| 114 | Email Chain  Maria Fernadiz. and MS<br>SINGH_0000037-SINGH_0000063                                | *   |
| 115 | Email Chain  April Due and MS<br>SINGH_0000064-SINGH_0000067                                      |     |
| 116 | Email April Due-Meeting<br>SINGH_0000068-SINGH_0000070                                            |     |
| 117 | Email April Due-MS<br>SINGH_0000071-SINGH_0000099                                                 |     |
| 118 | Email April Due-attachment<br>SINGH_0000100-SINGH_0000119                                         |     |
| 119 | Email April Due-MS<br>SINGH_0000120-SINGH_0000134                                                 |     |
| 120 | Dr. Larson Mentorship plan for MS<br>SINGH_0000135-SINGH_0000136                                  |     |
| 121 | Dr. Larson LOR for PCF 2016<br>SINGH_0000141-SINGH_0000143                                        |     |
| 122 | Email chain April Due PCF 2016<br>SINGH_0000144-SINGH_0000145                                     |     |
| 123 | Dr. Larson LOR for CMINT 2015<br>SINGH_0000146-SINGH_0000148                                      |     |
| 124 | Email chain April Due PCF 2016<br>SINGH_0000149                                                   |     |
| 125 | Dr. Larson Mentorship plan for MS<br>SINGH_0000150-SINGH_0000159                                  |     |
| 126 | Email chain April Due PCF 2016                                                                    |     |

| | | |
|---|---|---|
| | SINGH_0000160-SINGH_0000161 | |
| 127 | Dr. Larson Mentorship plan for MS<br>SINGH_0000162-SINGH_0000163 | |
| 129 | Email chain April Due 2015-2016<br>SINGH_0000164-SINGH_0000210 | |
| 130 | Dr. Larson LOR<br>SINGH_0000211-SINGH_0000213 | |
| 131 | Email chain April Due 2015-2016<br>SINGH_0000214-SINGH_0000233 | * |
| 132 | Email chain  Lauren<br>SINGH_0000234-SINGH_0000265 | |
| 133 | Email chain Claudia<br>SINGH_0000266 | |
| 134 | Email chain Lauren<br>SINGH_0000267-SINGH_0000275 | |
| 135 | Email chain John<br>SINGH_0000276-SINGH_0000278 | |
| 136 | Email chain Lauren<br>SINGH_0000279-SINGH_0000287 | |
| 137 | Email chain John<br>SINGH_0000288-SINGH_0000304 | |
| 138 | Email chain Dr. Matthes<br>SINGH_0000305-SINGH_0000347 | |
| 139 | Email chain Adam Cohen<br>SINGH_0000348-SINGH_0000354 | * |
| 140 | Email chain Denise<br>SINGH_0000355-SINGH_0000359 | ** |
| 141 | Email chain Catherine<br>SINGH_0000360 & SINGH_0000356 | |
| 142 | Email chain KP<br>SINGH_0000361-SINGH_0000461 | * |
| 143 | Email chain Emy<br>SINGH_0000462-SINGH_0000470 | * |
| 144 | Email chain Watson<br>SINGH_0000471-SINGH_0000477 | * |
| 145 | Email chain Dr. Larson<br>SINGH_0000479-SINGH_0000486 | * |
| 146 | Email chain Dr. David G<br>SINGH_0000487-SINGH_0000455 | |
| 147 | Email chain KP<br>SINGH_0000560-SINGH_0000639 | |
| 148 | Email chain Evelyn<br>SINGH_0000640-SINGH_0000648 | * |
| 149 | Email chain April Due<br>SINGH_0000649-SINGH_0000653 | ** |
| 150 | Email chain Maria Fernadiz | * |

| | | |
|---|---|---|
| | SINGH_0000654-SINGH_0000706 | |
| 151 | Email chain KP<br>SINGH_0000708-SINGH_0000809 | * |
| 152 | Email chain Enrico<br>SINGH_0000811-SINGH_0000815 | * |
| 153 | Email chain Maria Fernadiz<br>SINGH_0000816-SINGH_0000818 | ** |
| 154 | Email chain KP<br>SINGH_0000819-SINGH_0000842 | |
| 155 | Email chain Wayne<br>SINGH_0000844-SINGH_0000845 | ** |
| 156 | Email chain April Due<br>SINGH_0000846- SINGH_0000848 | * |
| 157 | Email chain KP<br>SINGH_0000849-SINGH_0000861 | * |
| 158 | Email chain Hilda F<br>SINGH_0000862-SINGH_0000874 | * |
| 159 | Email chain KP<br>SINGH_0000875-SINGH_0000936 | * |
| 160 | Email chain Dr. Guido Wendel<br>SINGH_0000937-SINGH_0000943 | * |
| 161 | Email chain Mayur<br>SINGH_0000945-SINGH_0000950 | * |
| 162 | Email chain KP and Lab<br>SINGH_0000951-SINGH_0001016 | * |
| 163 | Email chain Roselinda<br>SINGH_0001029-SINGH_0001111 | |
| 164 | Email chain David G<br>SINGH_0001112-SINGH_0001190 | |
| 165 | Email chain KP<br>SINGH_0001191-SINGH_0001211 | * |
| 166 | Email chain Maria Fernadez<br>SINGH_0001212-SINGH_0001216 | * |
| 167 | Email chain Maria KP<br>SINGH_0001217-SINGH_0001267 | |
| 168 | Email chain Sho Fujisawa<br>SINGH_0001268-SINGH_0001273 | * |
| 169 | Email chain P. Williams<br>SINGH_0001274-SINGH_0001283 | * |
| 170 | Email chain Dr. P. Watson<br>SINGH_0001284-SINGH_0001365 | * |
| 171 | Email chain KP<br>SINGH_0001366-SINGH_0001497 | * |
| 172 | Email chain MSKCC<br>SINGH_0001498-SINGH_0001767 | |
| 173 | Email chain Roselinda, Maria | * |

| | | |
|---|---|---|
| | SINGH_0001768-SINGH_0001815 | |
| 174 | Email chain Adam Cohen<br>SINGH_0001817-SINGH_0001821 | * |
| 175 | Email chain Weinjing<br>SINGH_0001822-SINGH_0001827 | * |
| 176 | Email chain Dr. Sarah Cheal<br>SINGH_0001828-SINGH_0001837 | * |
| 177 | Email chain Dr. Gautam Chakroborty<br>SINGH_0001838-SINGH_0001899 | * |
| 178 | Email chain KP, Teja<br>SINGH_0001900-SINGH_0001925 | * |
| 179 | Email chain Roselinda, David G<br>SINGH_0001936-SINGH_0001992 | * |
| 180 | Email chain Patricia W<br>SINGH_0001994-SINGH_0002003 | * |
| 181 | Email chain Joanne<br>SINGH_0002005-SINGH_0002008 | * |
| 182 | Email chain Dr. S Cheal<br>SINGH_0002010-SINGH_0002037 | * |
| 183 | Email chain Elker<br>SINGH_0002051_SINGH_0002053 | * |
| 184 | Email chain April Due<br>SINGH_0002055_SINGH_0002090 | * |
| 185 | Email chain Kara, Desiree<br>SINGH_0002092_SINGH_0002095 | * |
| 186 | Email chain Ryan, Darren<br>SINGH_0002097_SINGH_0002099 | |
| 187 | Email chain Goutam<br>SINGH_0002102_SINGH_0002114 | * |
| 188 | Email chain Leah<br>SINGH_0002116_SINGH_0002148 | * |
| 189 | Email chain Balu<br>SINGH_0002149_SINGH_0002157 | * |
| 190 | Email chain Balu<br>SINGH_0002149_SINGH_0002157 | |
| 191 | Email chain Vanden<br>SINGH_0002161_SINGH_0002165 | * |
| 192 | Email chain KP, Darren, Blesida<br>SINGH_0002168_SINGH_0002412 | |
| 193 | Email chain Yevgeniy<br>SINGH_0002416_SINGH_0002418 | * |
| 194 | Email chain Andrea<br>SINGH_0002419_SINGH_0002435 | * |
| 195 | Email chain Dr. S Cheal<br>SINGH_0002436_SINGH_0002442 | |
| 196 | Email chain Phil W | * |

| | | |
|---|---|---|
| | SINGH_0002450_SINGH_0002460 | |
| 197 | Email chain April Due<br>SINGH_0002462_SINGH_0002536 | * |
| 198 | Email chain Evan, Vitaly<br>SINGH_0002537_SINGH_0002540 | * |
| 199 | Email chain Giancotti, Sean<br>SINGH_0002541_SINGH_0002562 | * |
| 200 | Email chain Kevin<br>SINGH_0002563_SINGH_0002573 | * |
| 201 | Email chain Adam, Patricia, Jose<br>SINGH_0002574_SINGH_0002580 | * |
| 202 | Email chain Leah<br>SINGH_0002581_SINGH_0002585 | * |
| 203 | Email chain S Cheal<br>SINGH_0002586_SINGH_0002588 | * |
| 204 | Email chain KP<br>SINGH_0002589_SINGH_0002597 | * |
| 205 | EEOC<br>SINGH_0002598_SINGH_0002652 | * |
| 206 | MLS documents<br>SINGH_0002653_SINGH_0002665 | |
| 207 | Housing<br>SINGH_0002666_SINGH_0002754 | |
| 208 | Gas leakage 2012<br>SINGH_0002755_SINGH_0002782<br>SINGH_0002784_SINGH_0002786<br>SINGH_0002790_SINGH_0002801<br>SINGH_0002842_SINGH_0002870 | |
| 209 | Email Frank G<br>SINGH_0002783_SINGH_0002782 | |
| 210 | Email Claudia G<br>SINGH_0002787_SINGH_0002789 | ** |
| 211 | MSKCC Incident<br>SINGH_0002802 | * |
| 212 | J1 documents<br>SINGH_0002803_SINGH_0002815 | * |
| 213 | Federal court document<br>SINGH_0002816_SINGH_0002841 | * |
| 214 | Housing court document<br>SINGH_0002871_SINGH_0002882<br>SINGH_0002890_SINGH_0002906 | |
| 215 | MSKCC/SKI Post doc<br>SINGH_0002907_SINGH_0002915<br>SINGH_0003597_SINGH_0003605 | * |
| 216 | MS Visa documents<br>SINGH_0002916_SINGH_0002920 | * |

| | | |
|---|---|---|
| 217 | DOD grant review<br>SINGH_0002921_SINGH_0002932<br>SINGH_0003639_SINGH_0003645 | |
| 218 | Email Chain KP<br>SINGH_0002933_SINGH_0002972 | * |
| 219 | Email Chain April Due<br>SINGH_0002973_SINGH_0002979 | ** |
| 220 | Email Chain KP for M. Fernadez<br>SINGH_0002980_SINGH_0003000 | * |
| 221 | HR policy<br>SINGH_0003001_SINGH_0003314 | * |
| 222 | Separation agreement<br>SINGH_0003315_SINGH_0003322 | ** |
| 223 | Email chain Roselinda<br>SINGH_0003323 | ** |
| 224 | Email chain Dr. Larson<br>SINGH_0003324 | ** |
| 225 | Email chain KP<br>SINGH_0003325_SINGH_0003331 | * |
| 226 | Email chain Maria, Jason<br>SINGH_0003332_SINGH_0003333 | ** |
| 227 | Email chain KP<br>SINGH_0003334_SINGH_0003335 | * |
| 228 | Email chain KP for M Fernadez<br>SINGH_0003336_SINGH_0003339 | * |
| 229 | Email chain Dr. Larson<br>SINGH_0003340 | ** |
| 230 | Email chain KP, Teja<br>SINGH_0003341_SINGH_0003344 | * |
| 231 | Email chain Jose, Patricia<br>SINGH_0003345_SINGH_0003356 | * |
| 232 | Email chain Maria F<br>SINGH_0003357_SINGH_0003358 | ** |
| 233 | Email chain  KP, David<br>SINGH_0003359_SINGH_0003360 | * |
| 234 | Email chain  Katherine<br>SINGH_0003361 | ** |
| 235 | Email chain  Maria<br>SINGH_0003362_SINGH_0003367 | * |
| 236 | Employee Agreement MS 2014<br>SINGH_0003368_SINGH_0003447 | * |
| 237 | Email chain KP<br>SINGH_0003448 | ** |
| 238 | Investigation summary M. Fernadez<br>SINGH_0003449_SINGH_0003451 | ** |
| 239 | Email chain  M. Fernadez, Kishore | * |

| | | |
|---|---|---|
| | SINGH_0003452_SINGH_0003514 | |
| 240 | Hosing court documents<br>SINGH_0003515_SINGH_0003581<br>SINGH_0003594_ SINGH_0003596<br>SINGH 0003627<br>SINGH_0003657_SINGH_0003711<br>SINGH_0003801_SINGH_0003813<br>SINGH_0003828-SINGH_0003836<br>SINGH_0003850-SINGH_0004013<br>SINGH_0004032-SINGH_0004100 | |
| 241 | Police complaint San Francisco<br>SINGH_0003582_SINGH_0003583 | |
| 242 | Letter to Congresswoman NYC<br>SINGH_0003591_SINGH_0003593 | |
| 243 | LOR<br>SINGH_0003606_SINGH_0003614 | |
| 244 | Email Chain KP, Mala, Adam Cohen<br>SINGH_0003615_SINGH_0003616 | ** |
| 245 | LOR<br>SINGH_0003617_SINGH_0003619 | ** |
| 246 | Letter from Sakhi<br>SINGH_0003620_SINGH_0003621 | |
| 247 | Biosketch Giancotti<br>SINGH_0003622_SINGH_0003626 | |
| 248 | LOR<br>SINGH_0003628_SINGH_0003630 | ** |
| 249 | Core facility<br>SINGH_0003631_SINGH_0003638 | * |
| 250 | Employee assistance program<br>SINGH_0003646_SINGH_0003656 | * |
| 251 | Animal facility<br>SINGH_0003712_SINGH_0003714 | * |
| 252 | H1B filing MS<br>SINGH_0003715_SINGH_00037774<br>SINGH_0003825 | |
| 253 | MSKCC work life<br>SINGH_0003775_SINGH_00037790 | |
| 254 | Email chain KP and job hire<br>SINGH_0003791_SINGH_0003800<br>SINGH_0003814_SINGH_0003820<br>SINGH_0003826- SINGH_0003827 | * |
| 255 | Email chain KP and job hire<br>SINGH_0003791_SINGH_0003800<br>SINGH_0003844_SINGH_0003849 | * |
| 256 | LOR KP 2016<br>SINGH_0003824 | ** |

| | | |
|---|---|---|
| 257 | Email chain KP and job hire<br>SINGH_0003791_SINGH_0003800 | |
| 258 | LOR  KP<br>SINGH_0003837_SINGH_0003843 | * |
| 259 | LOR  Larson, KP<br>SINGH_0004014_SINGH_0004027<br>SINGH_0004029_SINGH_0004031<br>SINGH_0004101_SINGH_0004104 | * |
| 260 | Federal Court documents<br>SINGH_0004157_SINGH_0004210 | |
| 261 | Medical records<br>SINGH_0004214_SINGH_0004584<br>SINGH_0004590_SINGH_0004594<br>SINGH_004681 | |
| 262 | FMLA-MSKCC<br>SINGH_0004598_SINGH_0004607 | * |
| 263 | Medical-metropolitan hospital<br>SINGH_0004616_SINGH_0004617<br>SINGH_0004620_SINGH_0004639<br>SINGH_0004750_SINGH_0004769<br>SINGH_0004773_SINGH_0004776 | |
| 264 | MSKCC records job MS<br>SINGH_0004678_SINGH_0004680 | ** |
| 265 | Medical records WC-Psy<br>SINGH_0004684_SINGH_0004689 | |
| 266 | Letter to MSKCC before EEOC<br>SINGH_0004690 | ** |
| 267 | NYPD complaint<br>SINGH_0004691_SINGH_0004694 | |
| 268 | Medical -Mount Sinai Beth Israel-ER<br>Weill Cornell Psy-insurance auth.<br>SINGH_0004695_SINGH_0004697 | |
| 269 | Medical -Institute for family health<br>SINGH_0004698_SINGH_0004702 | |
| 270 | Medical -Bills SINGH_0004703_SINGH_0004734<br>SINGH_0004737_SINGH_0004744 | |
| 271 | Medical Records ER (WC) SINGH_0004745_SINGH_0004749 | |
| 272 | Medical Records referral to Psy SINGH_0004777 | |
| 273 | Medical Records ER (WC) SINGH_0004778-SINGH_00079 | |
| 274 | Medical Bills<br>SINGH_0004780-SINGH_0004853 | |
| 275 | WC-Psy-documents<br>SINGH_0004854-SINGH_0004859 | |
| 276 | Medical records-Mobile crisis<br>SINGH_0004860-SINGH_0004871 | |
| 277 | Email chain-imaging facility | * |

| | | |
|---|---|---|
| | SINGH_0004873-SINGH_0004887 | |
| 278 | Email chain-Deepak Saxena<br>SINGH_0004888-SINGH_0004948<br>SINGH_0004968- SINGH_0005011 | * |
| 279 | Email chain-M Fernadez<br>SINGH_0004949-SINGH_0004964 | * |
| 280 | LOR<br>SINGH_0004965-SINGH_0004967 | ** |
| 281 | Email Chain Lauren-Giancotti<br>SINGH_0005012-SINGH_0005039 | * |
| 282 | Email Chain V. Balchandran<br>SINGH_0005041-SINGH_0005046 | * |
| 283 | Email Chain KP,Teja<br>SINGH_0005048-SINGH_0005063 | * |
| 284 | Email Chain Patricia<br>SINGH_0005065-SINGH_0005183 | * |
| 285 | Email Chain KP, Raj<br>SINGH_0005185-SINGH_0005188 | * |
| 286 | Email Chain Kevin<br>SINGH_0005190-SINGH_0005201 | * |
| 287 | Email Chain KP<br>SINGH_0005203-SINGH_0005235 | * |
| 288 | Email Chain KP, Lab<br>SINGH_0005237-SINGH_0005258 | * |
| 289 | Email Chain Mesurh, Core facilty<br>SINGH_0005260-SINGH_0005267<br>SINGH_0005323-SINGH_0005386 | * |
| 290 | Email Chain Lilly Global<br>SINGH_0005268 | ** |
| 291 | Email Chain KP<br>SINGH_0005270-SINGH_0005311 | * |
| 292 | Email Chain Lab<br>SINGH_0005312-SINGH_0005322 | |
| 293 | Email Chain Josh, Maria<br>SINGH_0005387-SINGH_0005396 | * |
| 294 | Email Chain KP<br>SINGH_0005398-SINGH_0005438 | * |
| 295 | Email WMIC abstract submission<br>SINGH_0005440-SINGH_0005442 | * |
| 296 | Email chain CMINT<br>SINGH_0005445-SINGH_0005447 | * |
| 297 | Email chain Dr. Phil Watson<br>SINGH_0005449-SINGH_0005540 | * |
| 298 | Email chain Hugho<br>SINGH_0005542-SINGH_0005548 | ** |
| 299 | Email PCF grant submission status | |

| | | |
|---|---|---|
| | SINGH_0005549 | |
| 300 | Email Pfizer<br>SINGH_0005551- SINGH_0005552 | ** |
| 301 | Email Pfizer<br>SINGH_0005551- SINGH_0005552 | |
| 302 | Email chain Blesida, Erin<br>SINGH_0005553- SINGH_0005596 | |
| 303 | Email chain Wenjing, Goutam<br>SINGH_0005599- SINGH_0005613 | * |
| 304 | Email chain KP<br>SINGH_0005614- SINGH_0005620 | ** |
| 305 | Email chain Christian<br>SINGH_0005621- SINGH_0005634<br>SINGH_0005654- SINGH_0005668 | * |
| 306 | Email chain KP<br>SINGH_0005635- SINGH_0005653 | * |
| 307 | Email chain Sabrina, Blesida, Larson<br>SINGH_0005671- SINGH_0005676 | * |
| 308 | Email chain Blesida<br>SINGH_0005677- SINGH_0005704 | * |
| 309 | Email chain Gautom, Sushmita party<br>SINGH_0005705- SINGH_0005711 | |
| 310 | Email chain KP<br>SINGH_0005712- SINGH_0005756 | * |
| 311 | Email chain Lab, Susi<br>SINGH_0005757- SINGH_0005766 | * |
| 312 | Email chain M Fernadez<br>SINGH_0005767- SINGH_0005832 | |
| 313 | Email chain Laura L<br>SINGH_0005833- SINGH_0005842 | * |
| 314 | Email chain Mesru, Yugeny Core Faci<br>SINGH_0005843- SINGH_0005844 | |
| 315 | Email chain Darice<br>SINGH_0005845- SINGH_0005847 | * |
| 316 | Email chain Rachel<br>SINGH_0005849- SINGH_0005860 | * |
| 317 | Email chain Larson<br>SINGH_0005861 | ** |
| 318 | Email chain Ushma<br>SINGH_0005863- SINGH_0005889 | * |
| 319 | Email chain FMLA MSKCC<br>SINGH_0005890- SINGH_0005900 | * |
| 320 | Email chain Kelly<br>SINGH_0005901- SINGH_0005905 | ** |
| 321 | Email chain eBRAP<br>SINGH_0005906- SINGH_0005910 | * |

| | | |
|---|---|---|
| 322 | Email chain Thomas M<br>SINGH_0005912- SINGH_0005915 | * |
| 323 | Email chain Maria F<br>SINGH_0005916- SINGH_0005918<br>SINGH_0006147- SINGH_0006151 | * |
| 324 | Email chain KP<br>SINGH_0005946- SINGH_0005949 | * |
| 325 | Email chain Grant writing training<br>SINGH_0005959- SINGH_0005960 | ** |
| 326 | Email chain David G, KP<br>SINGH_0005961- SINGH_0005989 | * |
| 327 | Email chain Course deadline<br>SINGH_0005991- SINGH_0006022 | * |
| 328 | Email chain Kamini<br>SINGH_0006024- SINGH_0006028 | * |
| 329 | Email chain PCF submission<br>SINGH_0006029- SINGH_0006062 | * |
| 330 | Email chain Dinesh<br>SINGH_0006063- SINGH_0006067 | * |
| 331 | Email chain Daren<br>SINGH_0006069- SINGH_0006084 | * |
| 332 | Email chain April Due<br>SINGH_0006085 | ** |
| 333 | Email chain Sandra<br>SINGH_0006087- SINGH_0006090<br>SINGH_0006142- SINGH_0006146 | * |
| 334 | Email chain KP<br>SINGH_0006092- SINGH_0006141 | * |
| 335 | Email chain Leah<br>SINGH_0006174- SINGH_0006176 | ** |
| 336 | Email chain Sarah<br>SINGH_0006177- SINGH_0006179 | * |
| 337 | Email chain Sang-Gyu<br>SINGH_0006180- SINGH_0006183 | * |
| 338 | Email chain Gautam<br>SINGH_0006190- SINGH_0006191 | * |
| 339 | Email chain Results  Counting<br>SINGH_0006192- SINGH_0006195 | ** |
| 340 | Email chain Eric Price<br>SINGH_0006196 | ** |
| 341 | Email chain Kara Griffith<br>SINGH_0006197- SINGH_0006199 | ** |
| 342 | Email chain KP, Niel Taunk<br>SINGH_0006200- SINGH_0006217 | * |
| 343 | Email chain KP, Teja<br>SINGH_0006222- SINGH_0006233 | |

| | | |
|---|---|---|
| 344 | Medical records<br>SINGH_0006236- SINGH_0006242 | |
| 345 | Medical records_WC-Elyssa<br>SINGH_0006243- SINGH_0006272 | |
| 346 | Medical records_MLS-Eleise<br>SINGH_0006273- SINGH_0006277 | |
| 347 | Medical records_Therapy Notes<br>SINGH_0006278- SINGH_0006509 | |
| 348 | Finacial records<br>SINGH_0006513- SINGH_0006604 | |
| 349 | Mental health record-Pooja Raj<br>SI00001- SI00133 | |
| 350 | Dr.All Belilvosky drugs records<br>(No bates) | |
| 351 | Employee health 70th street MSKCC<br>(No bates) records | |
| 352 | Motion physical therapy records<br>(No bates) | |
| 353 | Dr. Alla Belilovsky Medical records<br>(No bates) | |
| 354 | Brightpoint health records<br>(No bates) | |
| 355 | Maxwell medicals records<br>(No bates) | |
| 356 | Metropolitan medical records<br>(No bates) | |
| 357 | Mount Sinai Beth Israel records<br>(No bates) | |
| 358 | Weill Cornell Medical records<br>(No bates) | |
| 359 | New York Presbyterian records<br>(No bates) | |
| 360 | CYPChung Medical records<br>(No bates) | |
| 361 | Medical records Karen Horney Clinic<br>(No bates) | |
| 362 | Charles Anflick Notes.<br>(No bates) | |
| 363 | Family Heath Center<br>SINGH_0004697- SINGH_0004702 | |
| 364 | Medical records from Maxwell<br>SINGH_0004703- SINGH_0004734 | |
| 365 | Medical records/bills<br>SINGH_0004736- SINGH_0004871 | |
| 366 | Email Chain C.Gravekamp<br>SINGH_0008114- SINGH_0008117 | |

| | | |
|---|---|---|
| 367 | Medical record<br>Smart skin dermatologist<br>(No bates) | |
| 368 | Medical records/ ER from California<br>(No bates) | |
| 369 | MSKCC Appointment information<br>SINGH_0000001-SINGH_0000006 | * |
| 370 | Medical record Klienman<br>MS_0004253-MS_0004295 | |
| 371 | Message<br>MS_0004167-MS_0004168 | |
| 372 | Prescription drug list<br>(No bates) | |
| 373 | Employee mental health visit in June 2016 (Before job termination)<br> (58 street Weill Cornell)<br>(No bates) | |
| 374 | Email chains (Diary MS)<br>SINGH_0009001- SINGH_000906 | |
| 375 | Email Chain Housing court<br>SINGH_0009007- SINGH_000911 | |
| 376 | Email chains Claudia G<br>SIINGH_0008114-SINGH_0008118 | |
| 377 | Email chains Offer letter Pittsburgh U<br>SIINGH_0008119 | |
| 378 | Texts to friends regarding KP<br>(No bates) | |

2.    *Exhibits to be Offered by Defendants*

| D. Ex. | Description | Objection(s) |
|---|---|---|
| 1 | MSKCC Human Resources Policy Manual for Employees (Sept. 2012) [MS_0000084-240] | ** |
| 2 | MSKCC Code of Conduct (circa 2014) [MS_0000710-29] | ** |
| 3 | MSKCC Policy No. 103 on Reporting Compliance Concerns and Non-Retaliation effective 1/1/2009 [MS_0000115-16] | ** |
| 4 | Undated MSKCC memorandum regarding housing for SKI research fellows [SINGH_0002897] | ** |
| 5 | Online description of Research Fellow Position printed 11/28/2017 [MS_0000702-05] | ** |
| 6 | M. Singh's complete personnel file [MS_0000630-701] | ** |
| 7 | M. Singh Curriculum Vitae (circa 2015) [MS_0000697-701] | ** |
| 8 | K. Pillarsetty Curriculum Vitae and Bibliography dated 5/31/2006 [MS_0000892-99] | ** |
| 9 | S. Larson Curriculum Vitae dated 2/5/2013 [MS_0000799-808] | ** |
| 10 | S. Larson "Extramural Professional Responsibilities" [MS_0000809- | ** |

| | | |
|---|---|---|
| | 16] | |
| 11 | S. Larson performance appraisal dated [MS_0000853-55] | ** |
| 12 | Email exchange between M. Singh and C. Gravekamp dated 3/6/2012 [SINGH_0002787-88] | ** |
| 13 | Email from C. Gravekamp to M. Singh dated 3/12/2012 [SINGH_0002789] | ** |
| 14 | Email exchange between M. Singh and F. Grosveld dated 3/15/2012 [SINGH_0002783] | ** |
| 15 | Email exchange between N.V. Pillarsetty and M. Singh dated 2/20/2014, 2/21/2014, 4/3/2014, and 4/4/2014 [MS_0002829-34] | ** |
| 16 | Calendar invite for M. Singh's 4/14/2014 job talk [MS_0001726] | ** |
| 17 | Email exchange between N.V. Pillarsetty and M. dated 5/1/2014 [MS_0003774-75] | ** |
| 18 | SKI form dated 6/12/2014 [MS_0000658] | ** |
| 19 | Initial Appointment Letter dated 6/13/2014 [MS_0000657] | ** |
| 20 | SKI memorandum to M. Singh dated 6/13/2014 [MS_0000659] | ** |
| 21 | M. Singh housing contract dated 7/2/2014 [SINGH_0003568-69] | ** |
| 22 | Email from N.V. Pillarsetty to M. Singh dated 8/7/2014 [MS_0003743] | ** |
| 23 | Email chain including C. Gravekamp, M. Singh, and N.V. Pillarsetty dated 8/28/2014 [MS_0002739-40] | ** |
| 24 | Email from N.V. Pillarsetty to R. Severin dated 10/13/2014 [MS_0001653] | ** |
| 25 | Email from M. Singh to N.V. Pillarsetty dated 10/22/2014 [MS_0002712] | ** |
| 26 | Email from N.V. Pillarsetty to M. Singh forwarding information on seminar with attachment, dated 10/24/2014 [MS_0003640-42] | ** |
| 27 | Email from M. Singh to R. Yevgeniy dated 11/24/2014 [SINGH_0004879] | ** |
| 28 | Email exchange between M. Singh and N.V. Pillarsetty dated 12/4/2014 and 12/5/2014 [MS_0003609] | ** |
| 29 | Email chain among D. Gorman, R. Severin, and M. Lamothe dated 1/23/2015 [MS_0000687-88] | ** |
| 30 | Email from N.V. Pillarsetty to M. Singh dated 2/13/2015 [MS_0003570] | ** |
| 31 | Email exchange between M. Singh and N.V. Pillarsetty dated 2/17/2015 and 2/18/2015 [MS_0003564-66] | ** |
| 32 | Email exchange between N.V. Pillarsetty and M. Singh dated 3/17/2015 [MS_0003551-52] | ** |
| 33 | Email chain including N.V. Pillarsetty, G. Chakraborty, and F. Giancotti dated 3/20/2015 [MS_0002618] | ** |
| 34 | Email exchange between M. Singh and N.V. Pillarsetty dated 4/1/2015 and 4/2/2015 [MS_0003534] | ** |
| 35 | Email exchange between N.V. Pillarsetty and M. dated 4/10/2015 [MS_0003504] | ** |

| 36 | Email exchange between N.V. Pillarsetty and M. Singh with attachment, dated 4/15/2015 [MS_0003483-86] | ** |
|---|---|---|
| 37 | Email exchange between N.V. Pillarsetty and M. Singh dated 4/17/2015, 4/18/2015, and 4/19/2015 [MS_0003413-14] | ** |
| 38 | Email exchange between N.V. Pillarsetty and M. Singh dated 4/17/2015 [MS_0003443] | ** |
| 39 | Email exchange between M. Singh and N.V. Pillarsetty dated 4/17/2015 and 4/18/2015 [SINGH_0001250] | ** |
| 40 | Email from N.V. Pillarsetty to M. Singh forwarding award opportunity, dated 5/22/2015 [MS_0003397-98] | ** |
| 41 | Email chain among M. Singh, N.V. Pillarsetty, H. Figueroa with attachment, dated 6/15/2015 [MS_0002437-47] | ** |
| 42 | Email exchange between M. Singh and N.V. Pillarsetty dated 6/16/2015 [MS_0003377] | ** |
| 43 | Email exchange between G. Chakraborty and N.V. Pillarsetty dated 7/17/2015, 7/21/2015, 7/23/2015, 7/24/2015, 8/31/2015, 9/1/2015, 10/5/2015 [MS_0002111-16] | ** |
| 44 | Email exchange between M. Singh, N.V. Pillarsetty, and M. Rossi dated 7/10/2015 and 7/23/2015 [MS_0003346-47] | ** |
| 45 | Email chain between M. Singh and N.V. Pillarsetty dated 7/24/2015 [MS_0003333] | ** |
| 46 | Email from Singh to Pillarsetty with attachment, dated 7/27/2015 [MS_0002397-99] | ** |
| 47 | Email from N.V. Pillarsetty to M. Singh with attachment, dated 7/29/2015 [MS_0003324-25] | ** |
| 48 | SKI form dated 7/30/2015, followed by meeting record dated 7/31/2015 [MS_0000681-83] | ** |
| 49 | Email exchange between M. Singh and N.V. Pillarsetty dated 8/8/2015 [MS_0002910] | ** |
| 50 | S. Larson recommendation of M. Singh for Prostate Cancer Research Program Postdoctoral Training Award dated 8/11/2015 [MS_0002239-41] | ** |
| 51 | Email from M. Singh to N.V. Pillarsetty dated 8/13/2015 [MS_0002192] | ** |
| 52 | Email from N.V. Pillarsetty to M. Singh with attachment, dated 8/13/2015 [MS_0003250-51] | ** |
| 53 | Email from M. Singh to N.V. Pillarsetty with attachment dated 8/24/2015 [MS_0002183-84] | ** |
| 54 | Email exchange between Singh and Pillarsetty dated 9/2/2015, 9/3/2015, and 9/4/2015 [SINGH_0002179-80] | ** |
| 55 | Email exchange between N.V. Pillarsetty, S. Larson, and M. Singh dated 9/9/2015 and 9/12/2015 [MS_0003208] | ** |
| 56 | Email chain among N.V. Pillarsetty, M. Singh, and P. Williams dated 10/6/2015 and 11/2/2015 [MS_0003151-54] | ** |
| 57 | S. Larson recommendation of M. Singh for Tow Foundation Postdoctoral Fellowship Grant dated 10/30/2015 [MS_0001094-96] | ** |

| 58 | Email from D. Gregory to M. Singh with attachment, dated 10/30/2015 [MS_0002078-83] | ** |
|---|---|---|
| 59 | Email exchange between M. Singh and N.V. Pillarsetty dated 10/30/2015 [MS_0003158] | ** |
| 60 | Email from N.V. Pillarsetty to M. Singh dated 12/10/2015 [MS_0003150] | ** |
| 61 | Email exchange between M. Singh and N.V. Pillarsetty 12/24/2015 [MS_0003144-45] | ** |
| 62 | Email exchange among M. Singh, S. Larson and A. Due dated 1/11/2016 and 1/12/2016 [MS_0001129-30] | ** |
| 63 | Email exchange between N.V. Pillarsetty and M. Singh 1/21/2016 and 1/22/2016 [MS_0002007] | ** |
| 64 | Email from R. Severin to N.V. Pillarsetty with attachment, dated 1/22/2016 [MS_0001714-15] | ** |
| 65 | Email chain including M. Singh, T. Taylor, and N.V. Pillarsetty dated 1/22/2016 and 1/26/2016 [MS_0001976-77] | ** |
| 66 | Email from MSKCC Learning and Organization Development Department to M. Singh regarding courses coming due, dated 2/16/2016 [SINGH_0005997-98] | ** |
| 67 | Calendar invite for 2/26/2016 meeting with M. Singh, N.V. Pillarsetty, and S. Larson [MS_0001721] | ** |
| 68 | Email chain among D. Gorman, M. Lamothe and R. Severin dated 3/4/2016 [MS_0000684-85] | ** |
| 69 | 3/4/2016 N.V. Pillarsetty recommendation of M. Singh for Prostate Cancer Foundation Young Investigators Award; 4/11/2015 N.V. Pillarsetty recommendation of M. Singh for Tow Foundation Postdoctoral Fellowship Grant; 8/31/2015 N.V. Pillarsetty recommendation of M. Singh for Scholar's Fellowship Program; 8/12/2015 N.V. Pillarsetty recommendation of M. Singh for Prostate Cancer Research Program Postdoctoral Training Award Grant [MS_0004157-66] | ** |
| 70 | Email from Pillarsetty to Singh with attachment, dated 3/9/2016 [MS_0003087-94] | ** |
| 71 | S. Larson recommendation of M. Singh for Prostate Cancer Foundation Young Investigators Award dated 3/10/2016 [MS_0001090-92] | ** |
| 72 | Email from M. Singh to N.V. Pillarsetty dated 3/11/2016 [MS_0001903] | ** |
| 73 | N.V. Pillarsetty recommendation of. M. Singh for awards at the World Molecular Imaging Congress 2016, dated 3/11/2016 [MS_0002940] | ** |
| 74 | Email exchange between M. Singh and N.V. Pillarsetty dated 3/11/2016 and 3/12/2016 [SINGH_0005418] | ** |
| 75 | Email from A. Due to M. Singh (copying N.V. Pillarsetty) dated 3/14/2016 [MS_0001077] | ** |
| 76 | Email from N.V. Pillarsetty to M. Singh dated 3/15/2016 [SINGH_0005414] | ** |

| | | |
|---|---|---|
| 77 | Email from A. Due to M. Singh (copying N.V. Pillarsetty), dated 3/29/2016 [MS_0001075] | ** |
| 78 | Calendar invite for 4/5/2016 meeting with M. Singh, N.V. Pillarsetty, and S. Larson [MS_0001720] | ** |
| 79 | Email exchange between J. Osborne and N.V. Pillarsetty dated 4/26/2016 [MS_0001866-67] | ** |
| 80 | Email exchange between M. Singh and N.V. Pillarsetty dated 5/16/2016 [MS_0002984-85] | ** |
| 81 | Email exchange between M. Singh and N.V. Pillarsetty dated 5/20/2016 [SINGH_0005728-29] | ** |
| 82 | Calendar invite for canceled 5/23/2016 meeting with M. Singh, N.V. Pillarsetty, and S. Larson [MS_0001719] | ** |
| 83 | Email exchange between M. Singh and N.V. Pillarsetty dated 5/31/2016 [MS_0002978] | ** |
| 84 | Calendar invite for meeting on 6/2/2016 [MS_0001180-81] | ** |
| 85 | Email from P. Watson to S. Larson dated 6/9/2016 [MS_0001253] | ** |
| 86 | Email exchange between N.V. Pillarsetty and S. Larson dated 6/23/2016 and 6/28/2016 [MS_0001796] | ** |
| 87 | Email chain among M. Singh, S. Larson and M. Fernandez dated 6/29/2016 and 7/11/2016 [MS_0000601] | ** |
| 88 | Email chain among M. Singh, M. Fernandez, A. Due, and S. Larson dated 6/30/2016 and 7/11/2016 [MS_0000602-03] | ** |
| 89 | Email dated 7/5/2016 scheduling 7/6/2016 meeting between M. Singh and S. Larson [SINGH_0002066] | ** |
| 90 | Email dated 7/5/2016 scheduling 7/6/2016 meeting between M. Singh, N.V. Pillarsetty, and R. Severin [SINGH_0002067] | ** |
| 91 | Letter notifying M. Singh of termination dated 7/6/2016 [MS_0000630] | ** |
| 92 | Minutes of 7/6/2016 meeting in M. Singh personnel file [MS_0000631] | ** |
| 93 | Calendar invite for 7/6/2016 meeting with M. Singh, N.V. Pillarsetty, and R. Severin [MS_0001718] | ** |
| 94 | Email exchange between S. Larson and A. Brown dated 7/21/2016 [MS_0001250-51] | ** |
| 95 | Email exchange between M. Singh and S. Larson dated 7/22/2016 and 7/25/2016 [MS_0001248] | ** |
| 96 | Calendar invite for 7/29/2016 call between N.V. Pillarsetty and M. Fernandez [MS_0004202] | ** |
| 97 | Email from R. Severin to N.V. Pillarsetty with attachment, dated 8/5/2016 [MS_0001697-704] | ** |
| 98 | Email exchange among M. Fernandez, C. Thaw, and R. Severin dated 8/10/2016 [MS_0001556-57] | ** |
| 99 | Email from M. Singh to M. Fernandez dated 8/11/2016 [MS_0000414] | ** |
| 100 | Email exchange between G. Guman and M. Fernandez dated 8/15/2016 [MS_0004146-47] | ** |

| | | |
|---|---|---|
| 101 | Calendar invite for 8/16/2016 call between N.V. Pillarsetty and M. Fernandez [MS_0004203] | ** |
| 102 | Letter and documentation by Pillarsetty regarding M. Singh's performance, with notes by M. Fernandez [MS_0000585-621] | ** |
| 103 | Miscellaneous M. Fernandez investigation notes and materials [MS_0004205-18] | ** |
| 104 | Miscellaneous M. Fernandez investigation interview notes [MS_0004169-93] | ** |
| 105 | Miscellaneous M. Fernandez investigation notes and materials [MS_0004194-201] | ** |
| 106 | Email chain including M. Singh, N.V. Pillarsetty, and S. Larson dated 8/18/2016 and 8/19/2016 [MS_0001543-44] | ** |
| 107 | Email from A. Due to S. Larson with attachment, dated 8/22/2016 [MS_0001038-39] | ** |
| 108 | Email chain among M. Singh, M. Fernandez, and L. Ballantyne dated 8/22/2016 [MS_0003931-48] | ** |
| 109 | Email chain among G. Guman, R. Severin, M. Fernandez, and S. Larson dated 8/25/2016 [MS_0001539-40] | ** |
| 110 | Email chain among R. Severin, M. Fernandez, and S. Larson dated 8/25/2016 [MS_0001537] | ** |
| 111 | Email chain among G. Guman, R. Severin, M. Fernandez, S. Larson, C. Thaw dated 8/25/2016 [MS_0001535-36] | ** |
| 112 | Email from A. Due to E. Mackey with attachment, dated 8/26/2016 [MS_0001029-31] | ** |
| 113 | Email exchange between M. Fernandez and M. Singh dated 8/30/2016 and 8/31/2016 [MS_0004125-26] | ** |
| 114 | Email from M. Fernandez to S. Larson dated 8/30/2016 [MS_0004152] | ** |
| 115 | Calendar entry from M. Fernandez scheduling 9/6/2016 meeting between her and N.V. Pillarsetty [MS_0004204] | ** |
| 116 | Email exchange between R. Kushwaha and M. Fernandez dated 9/6/2016, 9/7/2016, and 9/7/2016 [MS_0000445-46] | ** |
| 117 | M. Fernandez notes on conversation with R. Kushwaha dated 9/8/2016 [MS_0000625] | ** |
| 118 | Email from M. Singh to M. Fernandez dated 9/9/2016 [MS_0000439] | ** |
| 119 | Investigation summary by M. Fernandez dated 9/15/2016 [MS_0000559-60] | ** |
| 120 | Email exchange between M. Singh and M. Fernandez dated 9/22/2016, 9/26/2016, and 9/27/2016 [SINGH_0000040-43] | ** |
| 121 | Email exchange between M. Fernandez and M. Singh with attachment dated 9/28/2016, 9/29/2016 and 9/30/2016 [MS_0004115-24] | ** |
| 122 | Email exchange among M. Fernandez, H. Figueroa, R. Severin, G. Guman, S. Larson, and N.V. Pillarsetty dated 9/29/2016 and 9/30/2016 [MS_0001679] | ** |
| 123 | Email from A. Due to R. Severin with attachment, dated 9/30/2016 [MS_0001013-14] | ** |

| | | |
|---|---|---|
| 124 | Letter dated 5/12/2017 from EEOC to M. Singh containing 12/12/2016 EEOC Charge File [SINGH_0004609-15] | ** |
| 125 | EEOC Dismissal and Notice of Rights dated 2/24/2017 [SINGH_0004595-97] | ** |
| 126 | Email from T. Magaldi to self with attachment, dated 6/29/2017 [MS_0004253-60] | ** |
| 127 | Email from S. Larson to A. Due dated 3/20/2018 [MS_0000990-92] | ** |
| 128 | Email chain including S. Larson, S. Cheal, L. Bassity, R. Severin, and S. Chen dated 7/24/2018, 9/10/2018, 9/11/2018, and 9/12/2018 [MS_0001435-37] | ** |
| 129 | Undated U. Neill summary of interactions with M. Singh [MS_0004262] | ** |
| 130 | May 2019 update to undated U. Neill summary of interactions with M. Singh with attachment [MS_0004264-78] | ** |
| 131 | M. Singh hotline call records generated on 8/19/2018 [MS_0003967-76] | ** |
| 132 | M. Singh's medical records from MSKCC Employee Health and Wellness Services [MS_0004342-402] | ** |
| 133 | S. Kleinman forensic psychiatric report dated 2/28/2019 [MS_0004403-45] | ** |

Plaintiff consents to Defendants' counsel filing this joint document electronically via ECF by use of the e-signature below.

Dated: February 14, 2020

JONES DAY

By: __s/Manisha Singh____
Manisha Singh
475 Main Street, Apt. 12K
New York, New York 10044
Telephone: (718) 679-7326
manisharaj@gmail.com

By: __s/Terri L. Chase____
Terri L. Chase
JoAnna Tonini
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
tlchase@jonesday.com
jtonini@jonesday.com

*Plaintiff Pro Se*

*Counsel for Defendants*

SO ORDERED: _____
The Honorable George B. Daniels, U.S.D.J.