UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANISHA SINGH,

              Plaintiff,

-against-

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,

              Defendants.
------------------------------------------------------------------X

**ORDER**
17 CV 3935 (GBD) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff has requested that discovery be reopened (Docket Entry Nos. 84 and 86) and that the defendants be compelled to provide certain documents to her. The defendants oppose the requests (Docket Entry Nos. 85 and 87). The time for completing pretrial discovery activities has expired. The plaintiff has not established good cause for modifying the schedule that governed the parties's pretrial discovery activities. Therefore, the plaintiff's above-noted requests are denied.

Dated: New York, New York
         March 15, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Manisha Singh