UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MANISHA SINGH,

                Plaintiff,

    -against-

MEMORIAL SLOAN KETTERING CANCER
CENTER et al.,

                Defendants.

------------------------------------X

ORDER

17 Civ. 3935 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge