UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MANISHA SINGH,

                   Plaintiff,

-against-                                     ORDER

MEMORIAL SLOAN KETTERING CANCER      17 Civ. 3935 (GBD)
CENTER et al.,

                   Defendants.

------------------------------------X

GEORGE B. DANIELS, District Judge:

Plaintiff's request to file any motions in limine and respond to Defendants' outstanding motions in limine by October 30, 2020 is GRANTED.

Dated: October 7, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE