UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

MANISHA SINGH,

                Plaintiff,

-against-                              ORDER

MEMORIAL SLOAN KETTERING CANCER    17 Civ. 3935 (GBD)
CENTER et al.,

                Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The pretrial conference scheduled for March 10, 2021 is adjourned to March 24, 2021 at 9:30 a.m.

Dated: March 4, 2021
       New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE