UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MANISHA SINGH,

                        Plaintiff,

    -against-                                **ORDER**
                                               17-CV-03935 (GBD)(KNF)

MEMORIAL SLOAN KETTERING
CANCER CENTER, SLOAN KETTERING
INSTITUTE FOR CANCER RESEARCH,
DR. N.V. KISHORE PILLARSETTY, PH D,
and STEVEN M. LARSON, MD,

                        Defendants.
---------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendants' request that the settlement conference in the above-captioned action scheduled for March 17, 2021, at 2:30 p.m. be conducted via videoconference, Docket Entry No. 166, is granted. The conference will be held using the Microsoft Teams platform. The link and other information necessary to access the conference will be provided via email.

Dated: New York, New York            SO ORDERED:
       March 9, 2021

                                              *Kevin Nathaniel Fox*
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE