UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MANISHA SINGH,

                Plaintiff,

-against-

MEMORIAL SLOAN KETTERING CANCER
CENTER et al.,

                Defendants.

------------------------------------- x

ORDER

17 Civ. 3935 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during the conference on March 24, 2021, the Court rules as follows on the parties' motions in limine:

(1) Defendants' unopposed motion to exclude sixteen witnesses that Plaintiff failed to timely disclose is GRANTED;

(2) Defendants' unopposed motion to exclude documents and testimony regarding Plaintiff's immigration status, legal proceedings in housing court, and prior employment, including work performance, is GRANTED;

(3) Defendants' unopposed motion to exclude testimony regarding the effect of Defendants' alleged sexual harassment on Plaintiff's family is GRANTED;

(4) Defendants' unopposed motion to exclude testimony from witnesses, other than healthcare providers, concerning conversations with Plaintiff about the alleged harassment or its effect on her is GRANTED;

(5) Defendants' motion to exclude any expert medical opinion testimony regarding the cause of any alleged distress suffered by Plaintiff is DENIED;

(6) Defendants' unopposed motion to exclude non-live testimony of available trial witnesses is GRANTED;

(7) Defendants' unopposed motion to exclude deposition testimony of Dr. Chloe Goldstein, in lieu of live testimony, is GRANTED;

(8) Defendants' resolved motion to exclude certain of Plaintiff's exhibits that fail to conform to evidentiary requirements for admissible documents is DENIED as moot;

(9) Defendants' unopposed motion to exclude inadmissible unauthenticated medical documents and non-party letters of recommendation is GRANTED;

(10) Defendants' motion to exclude, as a trial exhibit, the police report filed by Plaintiff against Defendant Pillarsetty is GRANTED;

(11) Defendants' motion to exclude Plaintiff's diary entries is GRANTED;

(12) Plaintiff's motion to exclude evidence related to the investigation conducted by Defendants of Plaintiff's complaints of sexual harassment and discrimination is GRANTED to the extent that the report and interview statements made during the investigation are excluded;

(13) Plaintiff's motion to exclude testimony from non-supervisory witnesses regarding Plaintiff's general job performance is GRANTED; and

(14) Plaintiff's motion to exclude evidence from witnesses that they never observed Defendant Pillarsetty engage in any harassing treatment of Plaintiff or other employees is GRANTED.

The Clerk of Court is directed to close the motions at ECF Nos. 91, 94, 96, 99, 102, 104, 106, 140, 141, 142, and 144.

Dated: New York, New York
March 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge