UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MANISHA SINGH,

                       Plaintiff,

  -against-                                       ORDER

MEMORIAL SLOAN KETTERING CANCER    17 Civ. 3935 (GBD)
CENTER et al.,

                       Defendants.

------------------------------------ x

GEORGE B. DANIELS, District Judge:

    The final pretrial conference on July 21, 2021 is rescheduled from 10:00 am to 11:00 am.

Dated: New York, New York
       July __, 2021

JUL 19 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE