UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MANISHA SINGH,

                Plaintiff,

-against-

MEMORIAL SLOAN KETTERING CANCER
CENTER et al.,

                Defendants.

------------------------------------ x

ORDER

17 Civ. 3935 (GBD)

GEORGE B. DANIELS, District Judge:

    The jury trial is adjourned from August 17, 2021 to January 11, 2022 at 10 a.m. A final pretrial conference is scheduled for December 8, 2021 at 10:30 a.m.

Dated: New York, New York
       August 10, 2021

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge