UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MANISHA SINGH,

                      Plaintiff,

    -against-

MEMORIAL SLOAN KETTERING CANCER
CENTER, DR. S.V. KISHORE PILLARSETTY,
and MD STEVEN M. LARSON,

                      Defendants.

------------------------------------ X

ORDER

17 Civ. 3935 (GBD)

GEORGE B. DANIELS, District Judge:

    The conference scheduled for December 8, 2021 is adjourned to December 15, 2021 at 9:45 a.m.

Dated: New York, New York
         December 6, 2021

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge