UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANISHA SINGH

      Plaintiff,

v.

MEMORIAL SLOAN KETTERING CANCER
CENTER, SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH, DR. N.V.
KISHORE PILLARSETTY, and DR. STEVEN
M. LARSON,

      Defendants.

Civil Case No. 17-cv-3935-GBD

**PROPOSED ORDER REGARDING
SUBPOENAED DOCUMENTS**

---

The Court, having reviewed Plaintiff's request, hereby orders as follows:

1. Plaintiff's counsel and/or their agents may make copies of the subpoenaed records in the
   records room relating to this case by removing the documents from the records room and
   returning the records to the room after copying.

2. Kenneth Wunderlich and Andrew Wunderlich, individuals hired by Plaintiff, are
   authorized to access the records, make copies of the records and remove the records.

SO ORDERED:

Dated: **April 25**, 2022

George B. Donnel
Honorable George B. Daniels