UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MANISHA SINGH,

              Plaintiff,

-against-                              ORDER

MEMORIAL SLOAN KETTERING CANCER      17 Civ. 3935 (GBD)
CENTER, DR. S.V. KISHORE PILLARSETTY,
and MD STEVEN M. LARSON,

              Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

       The pre-trial conference scheduled for June 9, 2022 is rescheduled to June 8, 2022 at 10:15 a.m.

Dated: May 25, 2022
       New York, New York

                                                               SO ORDERED.

                                                               GEORGE B. DANIELS
                                                               United States District Judge