UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANISHA SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEMORIAL SLOAN KETTERING CANCER CENTER, SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH, DR. N.V. KISHORE PILLARSETTY, and DR. STEVEN M. LARSON,<br><br>　　　　　Defendants. | Civil Case No. 17-cv-3935-GBD<br><br>**PROPOSED ORDER REGARDING SUBPOENAED DOCUMENTS** |

The Court, having reviewed Defendants' request, hereby orders as follows:

1. Defendants' counsel and/or their agents may remove, copy and then return subpoenaed documents relating to this case that are located in the records room.

2. Curt A. Layne of Jones Day is authorized as Defendants' agent to access, remove, copy, and return the records.

SO ORDERED:

Dated June 8, 2022

JUN 0 8 2022

/s/ _George B. Daniels_
Honorable George B. Daniels

1