UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MANISHA SINGH<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEMORIAL SLOAN KETTERING CANCER CENTER, SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH, DR. N.V. KISHORE PILLARSETTY, and DR. STEVEN M. LARSON,<br><br>　　　　Defendants. | Civil Case No. 17-cv-3935-GBD<br><br><br>**ORDER** |

The Court, having reviewed Defendants' request, hereby orders as follows:

On July 11, 2022, Defendants' counsel and/or their agents (*i.e.*, messenger service/courier) may bring into the Courthouse three (3) boxes containing binders, folders, and/or general office supplies for trial.

Dated: July 7, 2022
　　　New York, New York

　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　*George B. Daniels*
　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE