UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANISHA SINGH

    Plaintiff,

v.

MEMORIAL SLOAN KETTERING CANCER
CENTER, SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH, DR. N.V.
KISHORE PILLARSETTY, and DR. STEVEN
M. LARSON,

    Defendants.

Civil Case No. 17-cv-3935-GBD

**ORDER**

---

The Court, having reviewed Plaintiff's request, hereby orders as follows:

On July 7, 2022, Plaintiff's counsel and/or their agents (i.e., messenger service/courier) may bring into the Courthouse three (3) boxes of binders for trial.

Dated: July 6, 2022
    New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE