UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MANISHA SINGH,

                              Plaintiff,

          -against-                                    17 **CIVIL** 3935 (GBD)

                                                                  **JUDGMENT**

MEMORIAL SLOAN KETTERING CANCER
CENTER, DR. S.V. KISHORE PILLARSETTY,
and MD STEVEN M. LARSON,

                              Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 14, 2022, Plaintiff's motion for a new trial on the issue of compensatory damages is DENIED.

**Dated:**  New York, New York

        December 14, 2022

                                                                   **RUBY J. KRAJICK**

                                                                    _____
                                                                      **Clerk of Court**

                             **BY:**        *K. Mango*

                                                                      _____
                                                                      **Deputy Clerk**