UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANISHA SINGH,

                Plaintiff,                17 **CIVIL** 3935 (GBD)

      -against-                  **JUDGMENT**

MEMORIAL SLOAN KETTERING CANCER
CENTER, SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH. DR. N.V. KISHORE
PILLARSETTY, PHD, and STEVEN M.
LARSON, MD,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable George B. Daniels, United States District Judge, Plaintiff has judgment in the amount of $50,000.00 for compensatory damages and $200,000.00 for punitive damages as against the defendant Defendant Dr. N.V. Kishore Pillarsetty, PHD.

DATED: New York, New York
             December 21, 2022

                                                RUBY J. KRAJICK
                                                  Clerk of Court

So Ordered:                                  BY: K. Mango

                                                          Deputy Clerk

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE